NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  07-cr-00160-JR

**Dribjot S. Dua**
_____(Defendant)_____

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_Anjali Chaturvedi_ (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Anjali Chaturvedi 446177**
_(Attorney & Bar ID Number)_

Nixon Peabody LLP
_(Firm Name)_

**401 9th Street, NW Ste 900**
_(Street Address)_

**Washington     DC         20004**
_(City)        (State)       (Zip)_

**202-585-8270**
_(Telephone Number)_