UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         )
                                 )
         vs.                     )    Criminal Case No. CR07-000160
                                 )
                                 )
   Dribjot S. Dua                )

WAIVER OF INDICTMENT

I, DRIBJOT S. DUA, the above-name defendant, who is accused of Mail Fraud and causing an act to be done

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/6/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge James Robertson