FILED

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No: 07-CR-160-JR |
| | : | |
| v. | : | |
| | : | |
| DRIBJOT S. DUA, | : | |
| | : | |
| defendant. | : | |

## ORDER

Upon the unopposed motion of the government, and for good cause shown, it is this 6th day of July, 2007, hereby ORDERED that the defendant, Dribjot S. Dua, be placed in the temporary custody of Metropolitan Police Department Detective Richard N. Espinosa, or any other authorized Metropolitan Police Department officer, for the purpose of booking, fingerprinting, photographing and processing on the charge in this case, to be completed no later than 6 p.m. today, after which the defendant shall be released from custody.

_____
James Robertson
United States District Judge