FILED

JUL 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 07-cr-160-JR |
| v. | : |
| DRIBJOT S. DUA, | : |
| also known as D.J. Dua, | : |
| Defendant. | : |

## CONSENT ORDER OF FORFEITURE

WHEREAS, a written plea agreement was filed with this Court and signed by defendant Dribjot S. Dua and his counsel, Anjali Chaturvedi, Esquire, in which defendant Dua agreed to plead guilty to a felony violation, that is, Mail Fraud, in violation of Title 18, United States Code, Section 1341;

WHEREAS, the Information also alleged the forfeiture of certain property, which property is subject to forfeiture, pursuant to Title 28, United States Code, Section 2461(c) (incorporating Title 18, United States Code, Section 981(a)(1)(C)), as property constituting, derived from, or traceable to proceeds obtained from the commission of the offense set forth above;

WHEREAS, in his plea agreement, the defendant expressly agreed and consented to the entry of an Order of Forfeiture, under rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, which concerns property subject to forfeiture, pursuant to Title

28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), as property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the mail fraud scheme; and

WHEREAS, this Court has determined, based on the evidence set forth during the defendant's guilty plea, that the "Subject Property" is subject to forfeiture pursuant to Title 28, United States Code, Section 2461(c)'s incorporation of Title 18, United States Code, Section 981(a)(1)(C), and that the Government has established the requisite nexus between such property and violation of Title 18, United States Code, Section 1343;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property is declared forfeited to the United States, pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C):

MONEY JUDGMENT:

$940,664.68, which constitutes proceeds defendant derived from the mail fraud scheme, $160,000 of which shall be paid to the United States by the defendant at least one week prior to sentencing.

PERSONAL PROPERTY:

a. $9221.94 in funds seized from Bank of America bank account number 003932607565;

b. $26,030 in U.S. currency seized during the execution of a search warrant at 14802 Fable Drive, in Boyds, Maryland, on April 27, 2007;

c. $16,000 in traveler's checks seized during the execution of the above search warrant;

     d. Copy of Adobe Acrobat 7.0 computer program, valued at $269.82, seized during the execution of the above search warrant; and

     e. Hewlett Packard computer, serial number USM53202PH, valued at $3589, along with three Hewlett Packard hard-drive plug-ins, valued at $925 each, seized during the execution of the above search warrant.

     2. The money judgment will be credited by the value received by the government of personal property seized, upon such property's forfeiture.

     3. The government may publish notice of the Order and its intent to dispose of the Subject Property in such a manner as the Attorney General (or a designee) may direct.  The government may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Subject Property. No such notice is required to the extent that this Order consists solely of a money judgment against the defendant.  Rule 32.2(c)(1).  Any person, other than the above named defendant, asserting a legal interest in the Subject Property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his alleged interest in the Subject Property, and for an amendment of this Consent Order of Forfeiture, pursuant to 18 U.S.C. § 982 (incorporating 21 U.S.C. § 853).

     4. Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under

penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, any additional facts supporting the petitioner's claim and the relief sought.

5. After the disposition of any motion filed under rule 32.2(c)(1)(A) of the Federal Rules of Criminal Procedure, and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

6. The government shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853 for the filing of third party petitions.

7. Pursuant to rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Consent Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

8. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to rule 32.2(e) of the Federal Rules of Criminal Procedure.

9. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Michael C. Liebman, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this ___6th___ day of ___July___, 2007.

_____
United States District Judge

WE ASK FOR THIS:

JEFFREY A. TAYLOR (D.C. Bar. No. 498610)
United States Attorney

By: _____
Michael C. Liebman
Assistant United States Attorney
D.C. Bar No. 479562
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
353-2385

_____
Drikjot S. Dua
Defendant

_____
Anjali Chaturvedi
Counsel for Defendant Dua