IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DRIBJOT S. DUA,<br><br>Defendant. | Case No.: 07-CR-160-JR |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

    Defendant Dribjot S. Dua, through his counsel, hereby requests a continuance of his sentencing date from January 28, 2008, to March 20, 2008. Defendant's counsel has conferred with Michael Liebman, Esq., the Assistant United States Attorney assigned to this case, and with probation officer Michael Penders, both of whom consent to the continuance and to the proposed date of March 20. Upon the instruction of courtroom deputy Al Richburg, with whom Defendant's counsel conferred in preparing this motion, Defendant proposes a sentencing date of March 20, 2008, at 11:00 a.m. A proposed order reflecting that date is attached.

    Defendant respectfully asserts the following grounds for this motion: his counsel, Anjali Chaturvedi, is currently engaged in a trial before the Honorable Judith G. Dein in the United States District Court for the District of Massachusetts. The trial, in the case <u>Securities and Exchange Commission v. Alan C. Goldsworthy and Walter T. Hilger</u> (06-CV-10012-MLW), began on January 15, 2008 and is expected to last approximately five weeks.

10870360.2

- 2 -

To the extent that the Court's calendar no longer permits rescheduling for the date of March 20, Defendant respectfully requests that sentencing be continued to the next available date, at the Court's convenience.

DATED:  January 15, 2008                              Respectfully submitted,


   /s/ Anjali Chaturvedi_____
Anjali Chaturvedi (Bar No. 446177)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington D.C.  20004-2128
Tel.: (202) 585-8000
Fax: (202) 585-8080

*Counsel for Dribjot S. Dua*

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>DRIBJOT S. DUA,<br><br>Defendant. | Case No.: 07-CR-160-JR |

## **ORDER**

By unopposed motion dated January 15, 2008, Defendant Dribjot S. Dua moved for an order deferring sentencing to March 20, 2008.  Having read and considered the submission, the Court GRANTS this motion and rules as follows:

1. The sentencing set for January 28, 2008 is vacated; and

2. The sentencing is set for March 20, 2008, at 11:00 a.m.

It is so ORDERED this ____ day of January, 2008.


_____
Judge James Robertson
United States District Judge

10870360.2