FILED
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- v. -

DRIBJOT S. DUA,

                Defendant.

Case No.: 07-CR-160-JR

### ORDER

By unopposed motion dated January 15, 2008, Defendant Dribjot S. Dua moved for an order deferring sentencing to March 20, 2008. Having read and considered the submission, the Court GRANTS this motion and rules as follows:

1. The sentencing set for January 28, 2008 is vacated; and

2. The sentencing is set for March 20, 2008, at 11:00 a.m.

It is so ORDERED this 15th day of January, 2008.

                                            James Robertson
                                    United States District Judge