IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- v. -

DRIBJOT S. DUA,

Defendant.

Case No.: 07-CR-160-JR

## SENTENCING MEMORANDUM OF DRIBJOT S. DUA

Anjali Chaturvedi
NIXON PEABODY LLP
401 9th Street, N.W.
Suite 900
Washington, D.C. 20004

Counsel for Dribjot S. Dua

Dated:   March 18, 2008

## I.    INTRODUCTION

This matter is before the Court following the entry of a pre-indictment plea of guilty by Mr. Dua to the charge of mail fraud, in violation of 18 U.S.C. §1341.  As part of his guilty plea, Mr. Dua has agreed that he is responsible for a money judgment in the amount of $940,664.68.  In order to fulfill his obligations under the plea agreement, Mr. Dua forfeited to the government items that value in total $57,885.76.[1]  He also forfeited $41,840.24, which reflects the value of his remaining salary at his previous employer, plus the funds in his 401K account.   Mr. Dua has also made additional payments to the government in the amount of $50,000.  Mr. Dua now appears before this Court and asks the Court to recognize that the appropriate sentence in this case, taking into consideration all of the factors outlined in 18 U.S.C. §3553(a) and the guidelines and policies promulgated by the United States Sentencing Commission's Guidelines Manual (2006, as amended) (hereinafter "Sentencing Guidelines"), is a sentence of probation or home confinement, given that Mr. Dua will very likely face deportation as a result of the conviction in this case.  A sentence of probation or home confinement outside of his work hours will allow Mr. Dua some time in the United States to earn money that will allow him to repay that which he owes.  A sentence of incarceration followed by likely deportation will preclude that opportunity.

## II.    THE OFFENSE

Mr. Dua accepts full responsibility for his actions.  He does not dispute the facts as set forth in the proffer that he signed at the time of the entry of his plea of guilty.   In terms of an explanation for his actions, it is difficult because, as Mr. Dua will inform the court, there is no justification for his conduct.   However, Mr. Dua knows that he must try to provide an explanation.  Accordingly, Mr.

---

[1]  For a list of the items, see Plea Agreement, filed July 6, 2007, at p. 5.

Dua informs the Court of the following:  At the time he improperly took funds from his employer, he was behind in his mortgage payments and car payments, and he did not have medical insurance that he needed for his heart condition and for the care of his toddler son.  His wife had begun working as a substitute teacher to supplement the family's income, but her work was not steady, and she had not yet earned the qualifications to be a full-time teacher.  Additionally, Mr. Dua, who was the provider for his extended family, was under pressure to send money to India on a frequent basis for his mother, his mother-in-law, and his brother, all of whom were in and out of the hospital at varying times for a host of illnesses that required urgent and expensive medical treatment.  The money that Mr. Dua took helped him provide better medical treatment for his family members.  That said, not all of the money was used for medical expenses.  Mr. Dua admits that, along the way, greed started to play an important role, and he used the money for his personal gains, spending it on moving to a bigger house, buying expensive cars, and having a good and extravagant lifestyle.  As described more fully below, Mr. Dua acknowledges that he was always taught to work hard to achieve success.  He followed that path until he began taking money from AHIP, as a shortcut to achieving even greater success.  Once he started taking the money, he did not stop until he was caught.  He recognizes and sincerely apologizes for the grave mistake that he has made.  He knows that what he did was extremely wrong, and wants to work to pay the money back.  He apologizes to AHIP, to his family (including his wife and two sons, from whom he most likely will be separated), to the Court, and to the community for his unwise and illegal actions.

## III.    PERSONAL HISTORY

From his childhood in India through the life he has established in the United States, Dribjot Dua has experienced triumph and loss.  Contrary to the government's contention that Mr. Dua "… had an unremarkable middle-class upbringing, with no hardships or difficulties that might

explain his criminal conduct,"[2] Mr. Dua has in fact experienced significant challenges in the course of his life.  During these times, he has proven himself a man of faith, devotion to his family, and leadership.  While the actions that have resulted in him being before the Court are extremely serious, Mr. Dua asks that the Court to consider that while he committed a "bad" act, he is not a "bad" person.  He is a person who made a terrible mistake and recognizes that he must be held accountable for it.  He asks the Court for a lenient sentence in light of the fact that this charge is just one incident in an otherwise positive life.

Mr. Dua is a reverent man with a strong sense of faith.  From an early age, Mr. Dua's family instilled in him the importance of religion through example and teachings.  Throughout his upbringing, Mr. Dua's parents educated him in the beliefs and customs of the family's Sikh religion.  His family attended the Gurdwara (the house of worship for Sikhs) in his town each week, and, as the priest read the scriptures, Mr. Dua's parents would whisper common-language translations into Mr. Dua's ear so that he could understand the readings.  Mr. Dua does the same for his two sons today.  Mr. Dua drew strength from his faith during many difficult times in his childhood, including his brother's near death in a bicycle accident, his father's heart attack and subsequent kidney failure, his mother's varying medical conditions, and his own struggle to gain entrance to the Indian Army.  Throughout the difficult times in his life, Mr. Dua has relied on what he terms the "3 Fs" – Faith, Family, and Friends.

In raising his own family here in the United States, Mr. Dua has continued the tradition of instilling faith and religion in his children early in life.  Each Sunday, he, his wife, and their children attend the local Gurdwara in Maryland.  After services, they all volunteer to help in the community kitchen, be it by cooking food, serving food, or doing dishes and cleaning up.

---

[2]    Government's Memorandum in Aid of Sentencing, filed Mar. 18, 2008, at p. 18.

Mr. Dua also is a man who has proven himself to be a leader.  Since his youth, Mr. Dua has been recognized for his extraordinary leadership ability.  As an intermediate school student, he was appointed head prefect of his school, a position that required him to act as the sole liaison between students and administrators.  Later, he was further honored as the graduating student who most embodied the school's mission, ideals, and philosophy.

Upon graduation from intermediate school, Mr. Dua earned a Bachelor's of Commerce degree from Lucknow University.  Driven to accomplish still more, he enrolled in the University's Masters in Business Administration (MBA) program.   Mr. Dua's professors and colleagues in the MBA program recognized his leadership abilities from the start, and he was consistently nominated to be the group leader for the team presentations and discussions that were part of his studies.

The leadership skills that Mr. Dua demonstrated and cultivated throughout his schooling proved immensely helpful to him when he faced the most challenging test of his young life: gaining entrance to the Indian Army.   Enduring a rigorous applications process that lasted over a year, Mr. Dua underwent constant exams, physical tests, and mental evaluations to gain entry to the army. His hard work earned him an offer of admission to the Indian Army's Officer Training Academy, a nine-month program aimed at training cadets to become Commissioned Officers in the Indian Army. During his training, Mr. Dua was part of a platoon at the academy.  His demonstrated leadership capability resulted in his appointment to Sergeant of his platoon, a position of responsibility that came with significant challenges.  In the second semester of their training, a coursemate in Mr. Dua's platoon drowned during a water exercise.  Mr. Dua was instrumental in saving another coursemate from near death in that drowning incident.  The entire platoon witnessed the drowning, and Mr. Dua tried in vain to save the second man.  For his heroic action in the face of adversity, he received a commendation from the General Officer Commanding of the Academy.

When Mr. Dua was commissioned as a Second Lieutenant in the Indian Army in 1990, his leadership ability was tested in the gravest of circumstances.  Solely responsible for a platoon of 40 soldiers that was assigned to guard the Indo-Pak border, a known hotbed for terrorist insurgents, Mr. Dua led his men through a series of grueling battles and anti-terrorist activity, earning victory in each battle.  In recognition of his extraordinary leadership, the Army awarded him numerous service medals, and promoted him to the rank of Captain in 1992.  During his Army service, Mr. Dua served in various terrorist-infected areas and in the Siachen Glacier area, the highest battlefield in the world.  Mr. Dua was awarded additional medals for these exemplary service and anti-terrorist actions, including awards for serving in High Altitude and for serving in Siachen Glacier.

While active as a Captain in the Army, Mr. Dua assumed yet another leadership role: that of patriarch of his family, following his father's death in 1994.  In fact, Mr. Dua had been steadily taking on this role in the year preceding his father's death.   In late 1993, shortly after Mr. Dua and his wife, Ranu, discovered that she was pregnant with the couple's first child, Mr. Dua's father's kidneys failed, and he fell gravely ill.  At his father's request, Mr. Dua took his father to a court clerk to inscribe a will.  Mr. Dua's father wanted to split everything equally between Mr. Dua and his younger brother, but Mr. Dua would not take any share.  Instead, he told his father and the clerk to put everything in his younger brother's name.   Mr. Dua felt that his younger brother was in more dire need of the family inheritance than he was.  He and his wife would get by on his Army salary.  Although they could have used the inheritance, especially with a baby on the way, Mr. Dua insisted that the clerk put the entire inheritance in his brother's name.

Mr. Dua's practice of putting his family first continued after his father's death.  Although Mr. Dua found it difficult to adjust to life without his father, he projected strength for the rest of his family.  When his Army commission came up for re-enlistment in 1995, and he had the option of

signing for another five years, he chose instead to file for an honorable discharge.  Given the recent

death of his father, the birth of his first son, and the sudden death of his wife's father, Mr. Dua

determined that he could not put his family through the uncertainty of another Army deployment.

By now, Mr. Dua was solely responsible for a number of his family members, namely his mother,

younger brother, mother-in-law, and young sister-in-law, in addition to his own wife and newborn

son.

Upon his honorable discharge from the Army, Mr. Dua took a civilian job in New Delhi.

One year into that job, he had a heart attack.   To save him, the doctors performed a coronary

angioplasty.  His health remained frail, the cost of the surgery drained his family's finances, and the

result was a chronic weakness in his heart that necessitated regular treatment.  At the urging of his

wife's uncle, a surgeon in the United States, Mr. Dua and his family decided that they would move

to the United States so that he could seek better medical treatment.

Mr. Dua came to the United States with a wife, a toddler, and three suitcases to his name.

With only $1500 in his pocket and the personal belongings that his family could fit in the suitcases

they took on the airplane, Mr. Dua began his life anew.   Upon arriving in the United States, Mr. Dua

demonstrated his characteristic refusal to give up in the face of difficult times.  Although Mr. Dua

was a decorated former Captain of the Indian Army, who held a university degree and a master's

degree, his first job in the United States was as an employee of a pizza shop in Maryland.  At the

shop, he did everything from cleaning bathrooms and passing out flyers to making and delivering

pizzas.  In a typical workday,  he delivered flyers from 9:00 am until 11:00 am, worked in the

kitchen from 11:00 am until 8:00 pm, and delivered pizzas from 8:00 pm until 2:00 am, seven days a

week.  This lifestyle meant that he had little to no time with his wife and child, and further strained

his heart condition.  When Mr. Dua had finally saved enough of his minimum-wage earnings to rent

an apartment for the family to have to itself, they had only one thing to furnish it with: a mattress and box spring that they had bought second-hand from one of Mr. Dua's co-workers.

Although this life was much different from the life he had left behind in India, Mr. Dua wanted to ensure a viable life for his family in the United States. To this end, he found a second job as an Account Executive at a computer store in Alexandria, Virginia. He worked there from 8:00 am until 6:00 pm each day, and continued to deliver pizzas every night from 7:00 pm to 2:00 am. Despite working 17-hour days, Mr. Dua struggled to put food on the table. Nevertheless, he refused to quit when times were tough, instead surviving by relying on his "3Fs."

When the computer store where he was working as an Account Executive closed without warning, Mr. Dua found himself out of a job. He continued to work at the pizza shop, but recognized that he could improve his job possibilities if he obtained additional education in the information technology sector. To that end, he studied for and earned the distinction of Certified Novell Engineer. With this additional training, he was able to land a job with a computer firm in Washington, D.C. During this time, he continued to work at the pizza shop. Eventually, with his wife's help, the couple was able to enroll their son in preschool. Finally, Mr. Dua began to feel like his hard work was paying off for his family.

In late 1997, Mr. Dua's diligence and persistence paid off when he earned a job as the IT Manager for a Washington, D.C. company with an international presence in information technology. His dedication, technical knowledge, and devotion to the company earned him the honor of Employee of the Year in 1998, just a year after he joined the company. He stayed at the company until 2003, when he was able to pursue another dream: starting his own IT business. He formed Network Circle, Inc., and started out with a few solid clients, but his business declined over time. Having welcomed another son in 2001, he now had four mouths to feed, in addition to the family

members in India for whom he was responsible.  He therefore returned to large private-sector IT work, where business was steady.

Mr. Dua was able to find a good job given his credentials, references, and work history, but the downside to his new job was that it required nearly full-time travel to client sites in different cities across the country.  Every Sunday night, Mr. Dua would leave his wife and two sons to travel for the entire week.  This travel caused great strain on his family.  Although he enjoyed having responsibility for several different clients, he knew he could not travel so frequently.  He thus secured a position with America's Health Insurance Plans, Inc. ("AHIP"), a company in downtown Washington, D.C., so that he could be present to support his family.

While working at AHIP, Mr. Dua undertook extracurricular studies at the University of Maryland, earning another graduate degree – a Master's of Science in Information Technology – with an "A" average and a GPA of 3.87.  In addition to this degree, Mr. Dua also sought out several industry-relevant certifications and earned four of the most coveted IT certifications in his field, all while juggling his job and taking care of his children and his wife.  After leaving AHIP, Mr. Dua secured a job in IT with a charitable organization in Virginia, where he works today.  He is solely responsible for the entire IT infrastructure at this company, and he continues to pursue further higher certifications in his field.

Throughout his life, from India to the United States, Dribjot Dua has encountered many situations when he has had to rely on his faith, family, and friends.  The letters of support from his family and friends, attached as **Exhibits 1 – 21**, speak strongly of Mr. Dua's leadership qualities, his refusal to quit when the going gets tough, and his devotion to his family.  Mr. Dua's positive impact on others spans communities in the country where his parents raised him, India, and the country he has chosen for himself and his own children, the United States.

IV.    **SENTENCING ISSUES**

As recently as December 2007, the Supreme Court, in two cases, reaffirmed its holding in United States v. Booker, 543 U.S. 220 (2005), that the Sentencing Guidelines are advisory and not determinative.  In Booker, the Court had returned discretion in the sentencing process to judges, concluding that they are not bound by the Guidelines in making their decisions.

In two recent cases, Gall v. United States, 128 S. Ct. 586 (2007) and Kimbrough v. United States, 128 S. Ct. 558 (2007), the Supreme Court demonstrated that departing from the Guidelines in choosing a sentence is a valid exercise of discretion that cannot be judged presumptively unreasonable.   The Court reiterated its holding in Booker that the Guidelines are advisory only, noting that while the Guidelines may be a place to start, they "are not the only consideration" for a judge in determining a sentence.  Gall, 128 S. Ct. at 596.  Indeed, each defendant is entitled to "an individualized assessment based on the facts presented," which necessitates review of additional statutory factors.  Id. at 597.  The Guidelines are but one of these factors, and a court may properly deviate from the Guidelines range in a particular case "to tailor the sentence in light of other statutory concerns as well."  Kimbrough, 128 S. Ct. at 570 (quoting Booker, 543 U.S. at 245-6).

These statutory concerns are enumerated in 18 U.S.C. §3553(a), which prescribes that a court shall consider the following factors in crafting a sentence that is "sufficient, but not greater than necessary":

    (1)    the nature and circumstances of the offense and the history and characteristics of the defendant;

    (2)    the need for the sentence imposed—

        (A)  to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B)  to afford adequate deterrence to criminal conduct;

(C)  to protect the public from further crimes of the defendant; and

(D)  to provide the defendant with needed educational or vocational

training, medical care, or other correctional treatment in the

most effective manner;

(3)     the kinds of sentences available;

(4)     the kinds of sentence and the sentencing range established for—

(A)  [in the Sentencing Guidelines] . . .

(5)     any pertinent policy statement—

(A)  issued by the Sentencing Commission . . .

(6)     the need to avoid unwarranted sentence disparities among

defendants with similar records who have been found guilty of

similar conduct; and

(7)     the need to provide restitution to any victims of the offense.

18 U.S.C. §3553(a) (2000 & Supp. IV 2004).

Since <u>Booker</u>, judges have had the latitude to depart from Guidelines sentences based on their

analyses of the §3553(a) factors.   After <u>Gall</u>, judges have not only this latitude, but they also have a

duty not to afford a presumption of reasonableness to the sentence that the Guidelines prescribe.

Instead of presuming that the Guidelines sentence meets the 'sufficient, but not greater than

necessary' standard of §3553(a), the judge must assess the parties' proposed sentences in light of all

of the §3553(a) factors.  <u>Gall</u>, 128 S. Ct. at 596-97; see also <u>U.S. v. Pickett</u>, 475 F.3d 1347, 1353

(D.C. Cir. 2007) ("A sentencing judge cannot simply presume that a Guidelines sentence is the

correct sentence.").

The District Court for the District of Columbia, recognizing <u>Booker</u> and its progeny, has characterized as "flat-out incorrect" the notion that a defendant's sentence rests solely on the Guidelines calculation.  <u>U.S. v. Palfrey</u>, 515 F. Supp. 2d 120, 126 (D.D.C. 2007).   The D.C. Circuit has given the same clear direction.  "One, but only one, of the factors a sentencing court must also consider is the sentencing range under the Guidelines."  <u>Pickett</u>, 475 F.3d at 1352.

"No longer . . . tied to the sentencing range indicated in the Guidelines" and now required to make an "individual assessment" of mitigating and other factors enumerated in §3553(a), this Court may now treat the Guidelines as the recommendations that the Supreme Court in <u>Booker</u> held them to be.  <u>Cunningham v. California</u>, 127 S. Ct. 856, 857 (2007); <u>Gall</u>, 128 S. Ct. at 596.

## V.    DEFENDANT'S REQUEST

This is a case where a period of substantial incarceration will fail to adequately take into account the factors identified under 18 U.S.C. §3553(a), as incarceration prevents AHIP from getting restitution, is unnecessary to deter Mr. Dua from any other unlawful conduct, and fails to recognize Mr. Dua's life history.[3]

As the Court can see from the many letters attached as Exhibits 1 through 21, Mr. Dua has been a positive influence on people of all walks of life throughout the course of his own life.  This is borne out in letters from men and women who served with Mr. Dua in the military, from his older relatives in India, from his relatives here in the United States, from the people who know him in the

---

[3]    Contrary to the government's position that Mr. Dua could avoid removal following a period of incarceration, federal law enforcement officials have recently increased their efforts to remove felons in cases such as these.  <u>See</u> Preston, Julia, "U.S. to Speed Deportation of Criminals in Jail," <u>The New York Times</u>, Jan. 15, 2008 ("In the past year, Ms. Myers [the head of Immigration and Customs Enforcement] said, agents have stepped up efforts to find immigrants behind bars and complete immigration proceedings so they could be deported directly from prison without being released into the streets.")

community, and from his immediate family, including his thirteen-year-old son Parmeet,[4] seven-year-old son Gurvir, and wife Ranu.

Be they friends, family, Army colleagues, or neighbors, all of these letters writers share a strong, common admiration for Mr. Dua's selfless nature. The attached letters contain countless examples of Mr. Dua's selfless acts toward his family, friends, and even strangers. Mr. Dua's mother, Veena Dua, recalls an occasion when her son, as a graduate student, reached out to a man he had never met:

> "I still vividly remember the gesture [Mr. Dua] once showed to the father of …an Air Hostess who was killed by terrorists during a failed hijack attempt. After reading the newspaper, he immediately wrote a letter of condolence to the father of the deceased daughter [,] who was in no way related . . . [i]n his condolence letter he even offered any assistance he could provide in their hour of need. Though [] just a graduate student himself, there was little he could have done, but his concern for the relatives whom he did not even know touched them so much . . ."

In fact, Mr. Dua's kind acts toward strangers go far beyond correspondence. As Mayank Mahay, a neighbor and friend of Mr. Dua's in Maryland, recalls, Mr. Dua has gone out of his way, literally and figuratively, to be a good Samaritan. Mr. Mahay recalls this recent example of Mr. Dua's compassionate nature:

> "[W]e were coming back from the temple one day, it was a cold night, he was with his family and he saw [a] car, with one kid and [a] couple of elderly people in it stuck in a pit, it was dark and cold. He stopped his car and came out and asked them if they need[ed] any help. He started pushing the car by himself and tried to push the car out of that pit. He than [sic] called more people to help them[,] and kept on trying for approximately [] 45 minutes, till he succeeded in helping the elderly couple."

When someone is in need – friend, family member, or stranger – Mr. Dua is standing at the ready to help. Lieutenant Colonel Deepak Bagai, an Army colleague of Mr. Dua, knew that he could

---

[4]    Also included for the Court's review are a number of certificates awarded to Mr. Dua's oldest son, Parmeet (**Exhibit E**).

count on Mr. Dua when his (Lt. Col. Bagai's) father was stricken by a rare and severe optical disease

while Lt. Col. Bagai was on active duty far away from home:

> "While as a son I wanted to come [home] … much to the call of duty I
> could not.  I wished I could look after my father when he needed me
> most. That time I was reminded of Capt. Dribjot Dua[,] who happened to
> be posted near my parent's [sic] town, instantaneously I knew the
> solution.  All I had to do was ring up Capt. Dribjot and share with him the
> problem at hand.  He willingly, rather more than that[,] insisted, that he
> [would] do the needful of escorting my father to a specialist.  Capt.
> Dribjot drove down 200 Kilometers and took my father to a specialist
> another 300 Kilometers [away].  He did what any son would do for his
> own father – but he did it for mine, too."

Indeed, Lieutenant Colonel Bagai can personally attest to Mr. Dua's selflessness in a wholly

different manner: during their Army training days, Mr. Dua saved his life.  When Lt. Col. Bagai and

two other Army colleagues fell into a rushing river while trying to cross a bridge, Mr. Dua, who was

on the bank of the river, courageously jumped in to save them.   One of the men drowned before Mr.

Dua could save him; had Mr. Dua not acted immediately, Lt. Col. Bagai could have perished as well.

Colonel Shivshankar Sharma, and Lieutenant Colonel D.S. Oberai, other former Army

colleagues of Mr. Dua, recall how he took it upon himself to help an old Army colleague just a few

years ago.  When this colleague died after a prolonged illness, Mr. Dua single-handedly established

an education fund for the man's young daughter, inspiring others to contribute by making the first

donation himself.  As Col. Sharma notes, Mr. Dua continues to keep in touch with the comrade's

family:  "Till today, he calls up the dead officer's wife to make sure she is doing ok and does not

need any more help in any way."

As Mr. Dua's wife, Ranu Dua, describes, Mr. Dua is known to extend his hand to many

children in need.  Each year, Mr. Dua adopts a family for the Christmas season through the school

that his sons attend; he donates both time and money to Children's Hospital in Washington, D.C.; and

he brings gifts to underprivileged children at the local orphanage whenever he visits India.

Mr. Dua's generosity extends beyond his time and money. Indeed, as his wife recalls: "I distinctively remember when Dribjot's father was suffering from [k]idney problems and Dribjot offered to give him one of his kidneys. . . [t]his incident was the first of many such ones I would come across which would strengthen my belief that Dribjot was a selfless and caring person."  Mr. Dua's brother, Jagjot Dua, likewise recalls an early instance in which Mr. Dua offered to donate a part of his own body for a cause greater than himself: "During our younger days[,] he volunteered to donate his eyes after death [to] one of the donation camps, which inspired me to do the same."

As Mr. Dua's cousin, Pavinder Makin, notes: "Generosity is his way of life . . . [h]e has a heart of gold and is always eager to help people out[,] and I think that is the biggest good trait he has in him."  Jasvinder Bhatia, Mr. Dua's cousin-in-law, echoes the notion that Mr. Dua frequently strives to help others emotionally and financially.  As Mr. Bhatia describes it, Mr. Dua is a person who always tells his family and friends, "call me and [I] will put myself along with you."

As the attached letters demonstrate, Mr. Dua is the kind of person who supports his family, friends, and colleagues day in and day out, in every way he can.   When his relatives have fallen ill – and even when the relatives of his friends have fallen ill – it is Mr. Dua who has sat by their bedsides and supported them.  When his family, friends, and colleagues have come upon bad times, it is Mr. Dua who, in his cousin Preeti Bhatia's words, has "made us believe that everything will be all right one day."   Indeed, it is Mr. Dua who is the "pillar of strength" and "big brother" to the writers of these letters, whether they know him as a family member, a friend, or a colleague.

In addition to the letters of support from his family, friends, and colleagues, Mr. Dua submits for the Court's review his most recent performance review at his current job, which resulted in a performance-based year-end bonus (**Exhibit A**); the myriad professional certificates he has received (**Exhibit B**); and proof of his impressive academic record (**Exhibit C**).   Also, the Court will see a

certificate from the Children's National Medical Center (**Exhibit D**).  This certificate was presented to Mr. Dua in recognition of his volunteer work at the hospital.   These letters, certificates, and records all demonstrate that while Mr. Dua is someone who exhibited extremely poor judgment by his conduct in this case, that poor judgment is just one part of a long life that has otherwise been exemplary in many, many respects.  In order for him to make amends, Mr. Dua asks for a sentence that will allow him to continue working, so that he can repay the victims in this case.  To that end, Mr. Dua informs the Court that he has had his home on the market for sale since July 2007.  Mr. Dua has approximately $110,000 of equity in his home, and he intends to use all proceeds of the sale of his home to assist in satisfying the money judgment against him.  He has, in fact, offered to turn over the home to the United States, but the government has declined to accept the offer.

**VI.    CONCLUSION**

       For the reasons set forth above, Mr. Dua respectfully requests that the Court impose a period of probation, with a repayment schedule that will allow Mr. Dua to pay restitution to the victims of his actions.


                                                    Respectfully Submitted,


                                                     /s/  Anjali Chaturvedi_____
                                                    Anjali Chaturvedi (D.C. Bar No. 446177)
                                                    NIXON PEABODY LLP
                                                    401 Ninth Street, N.W., Suite 900
                                                    Washington D.C.  20004-2128
                                                    Tel.: (202) 585-8000
                                                    Fax: (202) 585-8080

                                                    Counsel for Dribjot S. Dua

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- v. -

DRIBJOT S. DUA,

Defendant.

Case No.: 07-CR-160-JR

## EXHIBITS 1-21
## TO DEFENDANT'S SENTENCING MEMORANDUM

| Exhibit | Name | Relationship |
|---------|------|--------------|
| 1 | Ranu Dua | Wife |
| 2 | Parmeet Dua | Son |
| 3 | Gurvir Dua | Son |
| 4 | Veena Dua | Mother |
| 5 | Jagjot Dua | Brother |
| 6 | Col. Shivshankar Sharma | Army coursemate/colleague |
| 7 | Pavinder Singh Makin | Cousin |
| 8 | Jasvinder Singh Bhatia | Cousin's husband |
| 9 | Mayank Mahay | Local friend |
| 10 | Kiranjoth Dhillon | Sister-in-law |
| 11 | Lt. Col. Deepak Bagai | Army coursemate/colleague |
| 12 | Daljeet Makin | Aunt |
| 13 | Bhupinder Singh Makin | Uncle |
| 14 | Preeti Bhatia | Cousin |
| 15 | Karuna Vallecha Makin | Sister-in-law |
| 16 | Prahbhleen Bhatia | Niece |
| 17 | Ashok Vallecha | Father-in-law of cousin |
| 18 | Lt. Col. D.S. Oberai | Army coursemate/colleague |
| 19 | Neelam Vallecha | Mother-in-law of cousin |
| 20 | Sanvinder Singh | Husband of sister-in-law |
| 21 | Amrit Kaur | Secretary, Guru Gobind Singh Foundation (Sikh religious organization) |

# Defendant's Exhibit 1

Date: March 10, 2008

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Sir,

As I begin writing this letter my thoughts go back 16 years in life to 1992 when I first met Dribjot and I am flooded with memories of those 16 years, years of good and not so good memories.

This letter is not just a letter; these are not just words that I put together for you but sir these are my feelings and my views on the kind of person Dribjot really is. We have been married 15 years and I still vividly remember the very moment when I saw him for the first time on April 26, 1992. We were married 8 months later on January 26, 1993 and had our first son in 1995. When we got married he was a Captain in the Army and was known for his generosity, hard work and helpful nature by all his course mates. After we got married I joined him at his place of Army posting and saw him work hard for his Army unit and country, I saw first hand how dedicated he was and how passionate he was about his Army duties.

These past 15 years have not been a bed of roses for us; we have had our share of good and bad times, more bad than good. I've seen and experienced first hand how he is with his mom, my mom, his brother and my sister since both his and my father passed away within a span of 6 months. In spite of going through all of this pain and sadness alone he would never let his family know that he helped them in every step of life emotionally and financially. I distinctively remember when Dribjot's father was suffering from Kidney problems and Dribjot offered to give him one of his kidneys, but his dad refused and ultimately died of renal failure. This incident was one of the first of many such ones I would come across which would strengthen my belief that Dribjot was a selfless and caring person. As fate would have it, my dad also passed away within 6 months, leaving Dribjot the burden of looking after not one but two families.

After Dribjot's dad passed away he helped his younger brother as he was just in first year of college to finish college from a good university and played an instrumental role in making him the man he is today. In spite of being just 6 years older he helped his younger brother, Dribjot played a role of older brother as well as a father figure to his younger brother and my younger sister. As mentioned earlier, my dad also died within 6 months of Dribjot's father's death and Dribjot also supported my mother and sister as

his very own. He would be there for my mom and my sister whenever they needed him. That year was very tough for us and in spite of a lot of challenges he made it through tough times.

During his Army days, Dribjot would often help the soldiers he commanded by helping them financially and emotionally. All his soldiers respected him a lot not because of anything else, but because of the simple reason that he took very good care of them and treated them like his younger brothers. Though there are a lot of incidents from Dribjot's army life that stand out, but one incident takes the cake. One of his soldiers mother died after prolonged illness, Dribjot not only gave him leave to go to the funeral, but also gave the soldier money so he could go home and take care of the last rites with respect. Such is the giving nature he has, always thinking about others. He has been very strong person and on the other side as I have known him for so long he has a very soft side of him which on a first meeting you probably won't see. He is a very caring man with a heart of gold. He is always ready to help anyone in need, sometimes a little too much. Another example of his caring and generous nature showed when one of his Army course mates died in an incident, he without any selfish reason helped the deceased course mate's wife financially to set up a fund for his little daughter. I've seen and experienced first hand how he is with his mom, my mom, his brother and my sister since both his and my father passed away within a span of 6 months. In spite of going through all of this pain and sadness alone he would never let his family know that he helped them in every step of life emotionally and financially.

During his Army tenure, he lost quite a few of his course mates to fighting with the enemy and terrorist and I used to have sleepless nights every time he went on a mission. His Army life kept him busy, but he always had time to look after his family and make sure his brother and my sister were doing well in studies.

Life was going on ok, when after he left Army, he had a heart attack and had to get surgery done to cure him of his heart disease. His illness left us in a huge debt and we had to live hand to mouth to survive. He got well and started working and we came to the US to show him to the doctors and start fresh in life.

Over the years, when I reflect back some very special memories about his generosity come running out instantly. For example when one of his Army course mates died in an incident, he without any selfish reason helped the deceased course mates wife financially to set up a fund for his little daughter. I've seen and experienced first hand how he is with his mother, my mother, his brother and my sister since both his and my father passed away within a span of 6 months. In spite of going through all of this pain and sadness alone he would never let his family know that he helped them in every step of life emotionally and financially.

Dribjot's caring nature does not limit itself to his immediate family; he even helps his aunt who is a breast cancer patient. He has been there for her in every step of the way and she knows she can count on him. He has been to help complete strangers at times, like once when he paid the medical bills for a poor auto rickshaw person whose family could not afford his medical expenses, and he did this anonymously so that no one made a big deal about it. Such is his character and personality and nature, doing things selflessly.

Something's that no one knows about Dribjot except me will make anyone realize the kind of person he really is. Every year at Christmas, Dribjot adopts a less privileged family from the local schools where our sons study, and for Christmas gets them everything they want and have on their wish list. He also sends Christmas presents to the Children's Hospital in DC and also sends them donation throughout the year. Whenever he goes to India, he makes it a point to go to the local orphanage with lots of presents for the underprivileged kids there and they cherish him like a father figure. I have seen him give random gifts and presents and monetary help to people he does not even know and will never see them again. On more than one occasion I have seen him buy food for the beggars on the streets in India and on more than one occasion even the homeless people here.

No one knows Dribjot the way I do, after all I am his wife and have known him day in and day out for the last 16 years. Last year when he confided in me the blunder he had made, I was aghast, this was not the Dribjot I knew, this was not the kind of person he was so how did he end up making such a mistake. We talked at length about the mistake and how he had taken money and how sorry he was to have done it and what would he not do to repent and repay for his actions. After he confided in me last year about the mistake I could not bring myself to accept it for a very long time that he did what he said he did. Trust me I know him by now and the type of man he is. He himself didn't know why and how it happened but he was very sorry about it, and was very hurt that he was putting his employer and his family through this. He did explain to me the circumstances that led him to take this extreme step and saying that no matter how hard the circumstances were he should not have done this. I have lived the horror of the last one-year day and night with him and not a minute has passed when he has not been sorry for his actions and what he has done. I have seen him cry over his mistake, over what he did to his employer and over what he is putting us all through, especially his two sons who he loves very much. He loves both our sons, who just turned 7 & 13 to death and I know in my heart of hearts what they mean to him. They are his world. I love it when he talks to the boys, plays with them, teaches them things, takes them to their Karate and football practices and games and spends time with them. But since last year, whenever they sit together or talk I feel so scared what will happen to him if he goes away. Being in a foreign country with no close relatives

anywhere close by my sons and I would be devastated if he was to go away for any period of time.

Dribjot is not only a generous, helpful, caring and hard working person; he is a very God fearing person also. Every Sunday you will find him at the local Gurdwara, our place of worship, helping in the community kitchen and feeding people, cleaning the place up and taking care of the worshippers. Over and above going to the Gurdwara every Sunday, he also makes it a point to go to the Gurdwara everyday in the evenings without fail, no matter where he is or what he is doing. When he graduated from University of Maryland last year, the people at the Gurudwara felicitated him for continuing his education and laying down an example for others to follow. He has also been instrumental in motivating many friends and strangers to start attending the Gurdwara and the temple.

Another good and well-known thing about Dribjot is his never-ending quest for education and higher studies. He has one of the most educated, qualified, smart and intelligent people I know and my friends support me in saying that. He has his Bachelors Degree, two Masters Degrees, tons of Industry relevant certifications and credentials. Our friends often wonder how can Dribjot, work full time, have a full time family and find time to study and gain all these qualifications. I have yet to know of any exam that Dribjot sat for and did not clear in his first attempt.

He has supported me in every step of the way for the past 16 years. . I still remember when my younger son had started going to school and I thought of doing something and start building my career. He knew that I loved children and had worked with children before back in India so he advised me to choose a career in the same field and that is when I thought of being a Montessori School Teacher. During my teacher training and internship, which lasted a year, he would take care of our sons and was always there for them while I was busy studying for all of my exams. I am so thankful for him for letting me choose the perfect career for me and for supporting me during my studies.

I can write pages about the kind of person Dribjot is and still it would not be enough to describe his kind, generous, selfless nature.

Sir, I plead to you with both hands to have mercy on him and give him one chance to correct his mistake by giving him an opportunity to repay what all was taken but please do not separate him from his family. He is our pillar of strength. We would be lost in this foreign country without him. My sons, who are very young and are in a very crucial stage of life, need him for their love and advice. Please do not make me a single parent and punish us so harshly by putting him in prison but please have mercy. If there is anything else that can be done with the exception of him leaving us please consider

that. We are ready to do whatever you say but please do not leave me alone in this world to be by myself to take care of my two sons alone. I know I will break down and I worry for him to as he is a heart patient and I would worry for his health too.

My sons and I love him with all our hearts so please I plead you, have mercy and give him a last chance to redeem. He is the sole pillar of support for our family and our immediate family we need him and since last year our family has been in so much tension and worries. Please answer our prayers as last year was very tough for us and he claims everyday that what he has put our family through and he is very sorry for what happened and always mentions if only he could go back and correct himself but then I remind him that no one is perfect and everyone makes mistakes. I am fully aware of the fact that he has realized his mistake and I personally assure you that this will never ever happen again.

We had put our house for sale right away in July so we could give back whatever money we could get from the sale of the house but our luck has not been great, and the house has not sold yet, even after repeated price cuts. We are doing everything within our power to cut back on things to save money to give back and will continue doing so. We will give back all the money that we owe.

Sir please give him this one last chance. Sir this is a plea from a wife and her two sons for a great husband and a good father who we love very much and would be left all alone in this world if he had to go for any period of time.


Sincerely,

*Ranu Dua*

Ranu Dua

# Defendant's Exhibit 2

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

March 7th, 2008


Dear Sir,

Ever since I was little My dad has been there for me. He has helped me when I was in need, cared for me when I was sick, guided me when I was worried, he told me what to do when I was confused, and motivated me when I was down. My dad has been there for me since the day I remember. We have been to numerous places together as a family, and we hold a strong unbreakable relationship. I remember how we take road trips together and do things as a family, whether it is bowling or movies or playing a board game or just spending time as a family. If there is anything I can do to help my father, I will do it without a doubt. The worst thing to happen for my brother and me is for our dad to seperate

from us. I will give away all my belongings, and throw away anything I care for dearly, just to bring us together. I cannot imagine life without my dad. It will be harder for everyone in the family if my dad has to go away.

I know my dad made mistakes, but for me he is still the best dad in the whole world and I have been taught that one should always do the right thing and will have to pay for any mistakes he makes, I think my dad should be given a chance to fix his mistakes while being an important part in me and my brother's life.

My dad has helped me on numeros school projects, He has corrected me when I was mistaken and I always got an "A" on every school project he helped me with. He drove me to football practice in the summer and winter no matter how bad the weather was. He was always there for each one of my football games to cheer for me and always encouraged me to try harder and harder until I get it right. He has taught me what is right and wrong. He has helped me on school exams and on important tests.

I can tell he is proud of me as he can go around boasting the role of a father of a black belt in karate. He has helped me in life and prepared me in middle school and is now preparing me for high school. He is proud of me for getting good grades in school and for being so intelligent.

Both my brother and I rely on my dad a lot for studies. He is the one who teaches my brother and me and helps us with our homework. It is due to him only that I got the Presidential Award Of Excellence and both my younger brother and me are honor students at school. It is very hard to even think how we will do our studies without him to guide us.

My dad can bring you back up no matter what the scenario is. But what I have said here will always remain with me no matter where my dad will be. As you can see my father has played the most important role anyone has ever played in my life. If anything can be done with the exception of my dad leaving our family and going to prison, I strongly plead for you to do so.

Sincerely
Parmeet Dua

# Defendant's Exhibit 3

Dear judge I love my dad because He takes me to the movies and any other places that I want to go. He gets me clothes and games. He reads me stories. He plays with me.

I love him very much

love Gurvic Dud

# Defendant's Exhibit 4

Date: March 5, 2008

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Sir,

I am writing you this letter to bring to your kind attention the kind of person my son Dribjot Dua is. No one knows him better as a person than me his mother. Unfortunately, I am not very well versed in English, so I am dictating this letter to my younger son who is going to type it up for me.

Going back in time, I remember him to be a very well behaved and an obedient son. During his school parent-teacher meetings all his teachers were full of appreciation for him and how he behaved in school and in studies. Both my late husband and I have taken utmost care in his upbringing and have taught him family values and ethics.

Being the eldest of my two sons, he has demonstrated full responsibility towards his family, me and his younger brother till date. Over the years my husband's job was more of a touring job and he used to be away from home on government tour for 4-6 months at a stretch, leaving me alone with my two sons. In his absence Dribjot not only used to study himself but also tutor my younger son with his studies. Dribjot used to selflessly sacrifice on this playtime as a youngster to assist me in the house hold work and help me with my younger son.

Right from his initial school days he was a very bright student, and was able to get through almost all examination in the first attempt. Some of the major exams he passed on first attempt were for such prestigious courses like the entrance exam for MBA, entrance exam for the Defense Service and entrance exam for Engineering, among others. As a child he always wanted to serve his country and that is exactly what he did when he grew up. He got through all the exams for defense services and worked hard on his training to become an Army Officer in the Indian Army, thus making us all proud. I remember his father and myself used to proudly say in social gatherings that our son is an Army Officer. His father was especially proud to see my son in an Army Officer's uniform.

I still vividly remember the gesture he once showed to the father of a daughter who was an Air Hostess who was killed by terrorists during a failed hijack attempt. After reading the newspaper, he immediately wrote a letter of condolence to the father of the deceased daughter who was in no way related to Dribjot. In his condolence letter he even offered any assistance he could provide in their hour of need. Though being just a graduate student himself, there was little that he could have done, but his concern for the relatives whom he did not even know touched them so much that the father of the girl who had lost her life in the plane crash wrote back to him thanking him for this concerns and

thoughtfulness. This selfless act for others truly demonstrated his concern for others whom he doesn't even know. (I have always saved and cherished the letter of response he got from the father of the deceased Air Hostess and I am attaching a copy of the letter for your reference)

During Dribjot's days of serving the country as an army officer, my husband developed cardiac problem and kidney failure. Due to his ailment, my husband was bed ridden for almost 2 years, due to which on compassionate grounds he got himself posted near to the town where we were staying. He used to travel every single day to his duty and during the night used to be at his father's side giving him mental and physical support. My husband couldn't struggle for too long with his ailment and expired at the age of 58, leaving the responsibility of taking care of me, my younger son and a pregnant daughter-in-law in the hands of Dribjot. It is difficult to put in words the way he maintained the balance in supporting all of us mentally. He was a pillar of strength for all of us was always there for anyone who needed him in any way.

Everyone I know can vouch for the fact that Dribjot has lived up to his responsibility of taking care of his family the best he can in the circumstances he was placed in by my husband's untimely demise.

As the years have passed and age has started to take its toll on me, I do not keep well and I am mostly in and out of hospitals with varying ailments. During my sick and ailing days no one has taken care of me as Dribjot has, who not only supported me mentally and emotionally but financially as well. Since I am a widow I have no source of income and no one to look upon except for Dribjot for survival in this old age, whether it be day to day living or medical expenses.

Few years back my younger son suffered a heart attack and at that time also Dribjot was the one we all looked upon for help. As soon as he got to know about his brother's condition he sent us money so that his younger brother could get the best of the treatment. With financial support from Dribjot I got my younger son operated and now with God's grace and Dribjot's help he is in better shape, but still needs regular medical attention.

He has not only helped me and my son financially during our Medical distress, but has gone out of his way to help my sister-in-law who is a Breast Cancer patient with financial support at times. He also helped me repay some debts incurred during the time he had a heart attack and I had to take loans to pay for his medical needs.

Dribjot, other than being there for me and my younger son and his family, is an excellent father to his two sons, who look up to him for guidance and support and a great husband.

It was last year that Dribjot called me and talked to me in great detail about the mistake he had made and how he had slipped and caused losses to his employer, I was shocked and cried, wondering what shortcomings in my upbringing made him falter and create such a blunder. It took me a while to come to terms with his faults and mistakes that he

had made, but I found refuge in the fact that Dribjot felt extremely bad about his actions and would repent all the time for what he had done and how he had put his whole family in jeopardy, and that he wanted to rectify the mistakes he had made.

Even after being so far away from me, he has never made me feel his absence and has always been a phone calls away whenever I needed him.

In our young days my husband and myself used to feel that we are the best couple and parents on earth, but after seeing Dribjot as a husband and as a father, I am sure if my husband would have been alive he would have agreed to the fact that there is surely someone better than us.

I can continuously go on with Dribjot's praises for the remaining days of my life and still there would be some more things left to be told about his kindness towards his family and community.

I know he made a grave mistake and that he should pay for his actions, but putting him in prison will not do anyone good. He should be allowed to be with his family, work hard and repay whatever he needs to. Putting him in prison, will also take away the pillar of support we all look up to and especially with being in a foreign country it will be very hard for his wife and sons to manage on their own. But, in the end all I can do is request, the final decision lies in your hands.

Please consider a mother's humble plea for forgiveness and give my son a chance to repay for the losses he caused.

Thanking you in advance for your kind-heartedness.

Veena Dua

Mrs. Veena Dua

Harish Bhanot

31-32, Gulmohar,
New M.I.G. Bldg. No. 2,
Bandra East,
Bombay-400 051.

Nov. 29, 1986.

Dear Dribjot,

Your letter of sympathy on the murder of my Darling Daughter Neerja (Senior Flight Purser) in the Pan Am shoot-out at Karachi on Sept 5 last, has been a very valuable source of the much needed strength and solace to me and members of my family in this hour of our deep distress. Thanks.

Neerja was a lovely and loving human being. Her unlimited courage and dedication to duty proved her an excellent Captain under the most difficult of conditions. Her heroic conduct during the tension saturated 17 hours will live as a testament to the highest ideals of human spirit. It is a rare case of a much loved charming young girl of 23 years to die entirely for the sake of other fellow-beings. It should give us all some consolation that her valiant actions, at the most difficult of times, were clearly responsible for saving hundreds of lives and her selfless sacrifice has not gone in vain.

Thanking you again,        yours sincerely,

# Defendant's Exhibit 5

Date: 14ᵗʰ Jan 2008

Honorable Judge,

My name is Jagjot Singh Dua and I am working as Manager Country-Regulatory Operations with FedEx Express in India for last 7 years. I am writing this to express my views in regards to the kind of person my elder brother Capt. Dribjot Dua is.

Request Honorable Judge's attention to the fact that Dribjot is a family man with religious values. He is a God fearing person who believes in helping others in the time of need, be it family or for the community.

As an elder brother, he has always been my ideal and has been on my side during rough weathers. Even after being physically far away, he has always been a pillar of support to me mentally. When our father expired, I was undergoing my graduation and needed mental support. During those tough times when he was himself going through the trauma of loosing his father, was of immense support to the family.

Being an elder brother, he has not only been supportive during my childhood days but even when I got married and my married life started hitting turbulence, he was the one who played a major role in holding my married life together and today I am a proud father of a 5 years old daughter. Our marriage would have ended a long time back if he would not have been there to counsel us.

I owe my life to Dribjot because he was the one who volunteered to give me blood when I needed it, after I met with a major accident and had compound fracture. As if it was not the end of testing phase for him to prove himself, I had a heart attack at unbelievable young age. It was nothing that he could do sitting across seven seas but he still made all efforts to stand by the family by providing mental and moral support. If it was not because of this support I would have surely died and that's what I feel from the bottom of my heart.

He has been a wonderful and a very caring husband. Even after been married for 15 years now, his commitment towards his spouse has grown year over year and has always stood by her in ups and downs of life. That is the reason today in his testing times his wife is standing strong with him.

I have known him to be an ideal father to his two sons. He is a very loving father and at the same time has always been known to ensure that his two sons understand the importance of family values and discipline in life. After my father's death, he has always been there to fill in that gap and acted as a very mature person when I most needed it. He

has never made me felt the loss of my father. If he could be so caring and responsible for his brother, it is well understood the way he must be towards his own kids.

He has been a son who any parents would dream of. He has always been there when ever our parents needed him. I don't recall a single instance whereby he would have made any exception to his responsibilities towards his parents. During the time when our father was bed ridden, he used to work the whole day in the office and would spend the night sitting next to dad. After dad's death he has taken best possible care of our mother and infact more that any other elder son would have done.

I have known him as a person who not only himself contributes to the community but encourages others to do the same. During our young days he volunteered to donate his eyes after death in one of the donation camps, which inspired me to do the same.

It is very difficult to pen down all his acts of kindness towards his family, friends and the community. Apart from being a physical and moral support for the family, he has dedicated his service to his country as an Army Officer for 5 years.

Considering the kind of person Capt. Dribjot is I would personally request for a lenient view towards him.


Thanks & Regards


Jagjot Singh Dua

# Defendant's Exhibit 6

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Feb 28, 2008

Dear Sir,

My name is Col. Shivshankar Sharma and I am writing this letter to you to bring to your attention the kind of person Capt. Dribjot Dua is.

I have personally known Capt. Dua for the past 20 years, since the day we walked in together to start our training at the prestigious, Officers Training Academy in India, till today. Both of us were part of the elite 139 cadets who trained together and were commissioned as Indian Army Officers. Capt. Dua and I were from the same Battalion during our training and I have had the chance to know him from very close quarters as a friend, comrade and fellow soldier.

We trained together and lived together and served together in the most adverse and hostile conditions and at times when I was about to break down and give up, Capt. Dua used to provide me with the much needed support, morale boost and the motivation to go on. He was my pillar of strength and source of motivation during some of the lowest times of my life.

Capt. Dua is a selfless, kind, honourable, generous, helpful and very down to earth person, and he has proven again and again that he a humble God fearing human being, and the best friend anyone could ever ask for.

There were many incidents during our training days and days in the army when Capt. Dua rose above and beyond the call of duty to help his fellow officers and soldiers. One such incident from the Academy days that stands out in the minds of every single of those 139 training officers till today is how Capt. Dua risked his life to try and save the life of another fellow cadet. I still remember the morning as if it was yesterday. It had been raining heavily for days and when the rains finally gave way, our platoon was going for morning PT and we had to go over a culvert on a overflowing creek to get to the PT grounds. The water was over the culvert and some of our fellow cadets failed in judging the depth of the water and the force of the current of the water decided to ride their bicycles across the culvert. As the two cadets reached the middle of the culvert on their bicycles the current overpowered them and they were thrown off the bicycles into the fast flowing creek. Capt Dua was among the cadets standing on the sides watching the whole disaster unfold. As the two cadets were thrown into the creek, everyone started screaming for help, Capt. Dua rather than stand and watch, took control of the situation and immediately started making a human chain to get into the water to rescue the by now panicking and drowning cadets. Capt. Dua was at the head of the chain trying to reach the two cadets when the chain broke and he was left alone in the middle of the water. He did not loose heart or strength and somehow reached one of the drowning cadets and pulled him to the shore. Unfortunately, he could not reach other cadet in time and he drowned. For his heroic effort the General Officer Commanding of the Academy commended Capt. Dua. But we all know that till today the one single thing that worries Capt. Dua all the time is that he could not reach the second drowning cadet in time to save him.

During our training and subsequent service days, Capt. Dua was always there to help anyone who needed help. He would make it a point to check on families of fellow officers who were stationed away to make sure they were doing ok and did not need any help. Many times he would go out of his way to make sure that others were in a better position.

Being an Officer of the Indian Army, and commanding a platoon of soldiers, he made sure his soldiers were well looked after and were a highly motivated team. Many times he would give soldiers money from his own pocket to anyone from his platoon going through financial or family issues and needed a monetary boost to survive.

Few years ago, one of our fellow officer died and Capt. Dua spearheaded a cause to setup a fund for the officers little daughter and started the effort by himself contribution $1000 to the fund. This motivated a lot of our fellow officers and we all contributed to the little girl's fund. Till today he calls up the dead officer's wife to make sure she is doing ok and does not need any more help in any way.

I could go on for 100 more pages trying to explain the kind of a person Capt. Dua is, but no matter what I say, my words can never do justice to the kind of person Capt. Dua is. I am sure if it was possible, all 138 of our course mates would have written you letters trying to explain the gem of a person Capt. Dua is.

He confided in me and some of our course mates the error in judgment he made over the past few years and how he was sidetracked and ended up making a blunder. But we all assured him that we are not judging him by his mistake. Yes, what he did was very wrong and should not have happened and it is very uncharacteristic of Capt. Dua and not the Capt. Dua we know, but his one mistake does not make him a bad person. For us he will always remain the hard working, motivated, selfless, kind, generous and humble Capt. Dua.

We all pay for our sins, and knowing Capt. Dua he has been paying for his mistakes each and every waking minute of his life over the past year. Prison is not the solution for Capt. Dua, being given a chance to correct his mistakes would be a better solution than putting him in prison and throwing the key away. By putting him in prison his family will be destined to end up on the road and will shatter the whole family. His kids who are at a very critical stage need him more than ever. Being in a foreign land they need their father to survive and without him they will face a lot of hardships.

So, I humbly request you to please take a kind view in Capt. Dua's case and give him an opportunity to prove to you that he can make amends and pay for mistakes without going to prison.

Sincerely,

Col. Shivshankar Sharma

# Defendant's Exhibit 7

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW                    Date – 12th February 2008
Washington, DC 20001

Respected Sir,

By way of introduction Dribjot Dua is my cousin & we have known each other for the past 30 years now. From being just another cousin to an acquaintance to a great friend, finally I would treat him as my IDOL…. As he is a person regarded by me with blind admiration, adoration & devotion

However I write this note of sincere request not for my cousin but for a GREAT human being that I know of within him, a person who is an asset to the community in more than one way & should be kept free from any prison term so that he can further spread his charisma, generosity & selfless devotion towards the better of the society.

Generosity is his way of life. The way Dribjot gets meaning into his life is to devote himself to loving others, devote himself to his community around him, and devote himself to creating something that gives him purpose and meaning. Dribjot has actively participated in community work from providing support to the Police Academy Welfare to the day to day deeds to kindness that go un-noticed. His generosity has served happiness to many families around him. There have been multiple instances when Dribjot has stood besides me for emotional support when I needed it the most.

I still remember those days when he used to assist me with my school & college work. Even though Dribjot use to have his own exams, he made it a point to coach & tutor me for the subjects he was good at. As a result I did end up in scoring well in my exams. With my father not doing well on health grounds, he has been a motivation & support from my childhood times. Dribjot has always been a step above in maturity from his age group from his college days. While other friends on his where busy enjoying life in its full by going to clubs, movies etc. he took over the responsibility of his family at a very early age. In the same way he made it a point to help my family as well so that we don't feel left back or de-motivated due to my father's health.

Three Years back when my mother was detected of Breast Cancer & I was all torn apart with the pain of the news, he always made it a point to take time out of his extremely busy schedule to talk to me of my concerns, provided me all the support & answers that I needed & help nurture my morale & keep me going. Being a distant cousin Dribjot could have easily ignored my pain, however he stood firm & helped me move ahead. He also made it a point to be in touch with my mother (patient) & provide her all the comfort. He has been supportive of many such people during their time of need, even though they were not his relatives & some cases just acquaintances. He made a point to always ask me if I was doing ok financially and at times he helped my mother and my family with financial help so that my mother could get the best treatment. His monetary help at times was a boon in disguise for my mother who was fighting breast cancer.

Over the years one thing he has always done is help the people he knows, whether family or friends who were in need of medical attention and could not afford it. He would send them money so that they would not go without proper medical care for lack of funds. He has a heart of gold and is always eager to help people out and that I think is the biggest good trait he has in him.

Dribjot has confided in me the problems he is going through and his actions that put him in this situation. We have discussed at times, how he landed himself in this situation and how he could err so much to put himself and his family through this ordeal. Yes, it is no one's fault except his

that he is in this situation and he regrets his actions every day and wishes he had a way to solve this problem for everyone. Knowing Dribjot since childhood I am sure he feels really bad about his actions and regrets them all the time.

There is a popular saying - *"Some men are born great, some achieve greatness, and some have greatness thrust upon them."* Dribjot surely belongs to the carder of men that have achieved greatness by commitment to work & family values. Even with his long working schedule & commitments towards his professional life, Dribjot has continuously grown in stature by means of keeping his knowledge horizons broadened. He continued to study while working so that he can move ahead in life & provide better means of living to his family.

In each family a story is playing itself out, and each family's story embodies its hope and despair. Dribjot's family of 4 has a world evolving around him. His 2 young kids look towards his support on a day to day basis for all means of hope & times of despair. Like all the best families, he has his share of eccentricities, of impetuous and wayward youngsters and of family disagreements. At such a tender age, both his kids are dependent on Dribjot for providing them with the right path during these disagreements. It would be un-just for the kinds to live in a world of harsh realities at such a tender age with open questions without proper guidance from a father who wants to be there for them but can't.

He has been a changed person in many ways. Dribjot has been feeling bad about what happened & repents every day If he could go back & correct it, however that cannot happen now.

I would humbly like to request you to please help us all by keeping Dribjot out of prison and by giving him an opportunity to redeem himself but would also be giving his children the opportunity to live with their dad, who they need a lot for guidance and support in this foreign land.

Thanks for reading.

Sincere Regards,

Pavinder Singh Makin

# Defendant's Exhibit 8

Sir,

This is regarding the fact that how kind hearted and gentle Mr. Dribjot is. I have been knowing him since last 13 years when my marriage was fixed with his cousin. He is the person who has always helped my in laws both mentally & financially. He supports all his friends and relatives in all respect and always given elderly & wise advice. He also takes great care of his mother and brother.

Mr. Dribjot is the person who has always been admired for his hard work and honesty in friends as well as relatives. He always puts us in confidence that whan ever you need help call me and will put myself along with you.

I cannot forget the moment when he helped me when I was not in job and always took care of me. He loves my child and always used to say that what ever you need for the education ask me and I will help you out.

I not only think but very strongly believe that he is the person who always backs for

every one is the society. He is very honest, kind hearted & thorough gentleman.


Sincerely yours

J.S Bhatia

JASVINDER SINGH BHATIA.

B-1168
Indira Nagar
Lucknow. — India

# 9839177544

# Defendant's Exhibit 9

Dec-19th 2007

**Judge James Robertson**

I am sending this letter to you as a letter of support for DJ.

I know DJ since 2005 and I can personally say that he is a true family man, a great friend and someone who stands by you through all phases of your life. He is really nice, hardworking, helpful, caring, and family oriented and is very good family friend and we are very close to each other.

DJ is one of the most compassionate people I know and is always ready to help. He is a kind of person who can come forward out of nowhere, and help anyone in need. He is a big follower of God and can do no harm to any one.

One of the many incidents that stands out in my memory was when we were coming back from the temple one day, it was a cold night, he was with his family and he saw one car, with one kid and couple of elderly people in it stuck in a pit, it was dark and cold. He stopped his car and came out and asked them if they need any help. He started pushing the car by himself and tried to push the car out of that pit. He than called more people to help them and kept on trying for approximately next 45 minutes, till he succeeded in helping the elderly couple. This incident truly tells about his helping, caring and compassionate nature not the threatening nature that might have been projected.

I am aware of the mistakes he has made and strongly feel that punishment is not a solution; you should give him a chance to revive and repent and not to repeat the same in the future. Being very close to him I have seen him and his family going through mental distress and repenting about the mistakes he has made, we have discussed the issue many times and I see him praying to god to give him just one chance to pay back the company all the losses caused because of him and to redeem himself.

We all are humans and do mistakes knowingly or un-knowingly, that does not mean one should not get a chance to revive and redeem himself and as mentioned, I think DJ should be given one such chance to prove himself.

I request you to give him another chance to go-ahead with a new decent start to help himself and his family. I have known him very closely from last three years and he is not a person who would repeat the similar mistake again to put himself or his family in trouble.

So, I humbly request your honor to please help him by giving him a chance to recoup him instead of punishing him.

If you have any questions, concerns, or want to investigate more, please do contact me.

Thanks and Regards,

**Mayank Mahay**
**240-644-8869 (Cell)**
**13747 Dunbar Terrace**
**Germantown, MD 20874**

# Defendant's Exhibit 10

To.

Judge James Robertson
U.S. District court for the District of Columbia
333 constitution avenue NW
Washington, DC 20001

Dear Sir.

I, Kiranjoth, sister-in-law of capt. Deibjot Dua. know him for past 14 years. As a person he is very helpful, understanding and compassionate. He has excellent regard for human values. He is a hard-worker. He has done tremendous hard-work in his life despite difficulties.

He has always been there for me and my mother. I still remember when my father passed away. He gave us lot of strength and helped us to move on with life. He took all the responsibilities like a son. He like a brother told me and helped me to choose the correct path. Infact, he has been always guiding me to choose correct path and whatever I am today in my life, it is because of him.

He has been like a son to my mother. He has given her lot of moral support. He is a person who understands others grief and pain and always help others during their sad times. whether it's his family or friends. He has always stood up us during our good and bad time. We feel blessed and proud to have

him in our family.

I have always looked upto him as he is a good son, husband, father, son-in-law, brother and above all he is a good person.

Therefore, I humbly request you to take a considerate view

Thanking You

Sincerely

Kiranjoth

(C KIRAN JOTH)

# Defendant's Exhibit 11



ले. कर्नल दीपक बगाई
*Lt Col Deepak Bagai*

33 कवचित खण्ड सिगनल रेजीमेन्ट (ऐरन)
पिन-९१७८३३
द्वारा ५६ ए पी ओ

33 Armd Div Sig Regt (AREN)
PIN - 917833
C/o 56 APO

06  Dec 2007

Compassion is a rare virtue in current times where all anybody is concerned with is affairs that affect oneself and the immediate family. Where can you find people who are affectionate and are sensitive towards - What others think, What others feel or What others expect? Where can you find people who have the sensibility to evaluate and also have the courage and conviction to take actions which benefit the society as a whole? But I know at least one such person who fits the bill.

Capt Dribjot Dua, is one person, no one quassi -- institution whom I regard and respect for reasons more than one. I have known Capt Dua for seventeen years now, since the time we were young men aspiring for illustrious careers. Being a passionate person, he was instrumental in inspiring many of us to achieve many of our aspirations. He has been like that ever since. No matter what, Capt Dribjot Dua has not changed a bit in this aspect. He still is a great motivator and an extremely considerate human being.

Here, I would like to mention and reiterate as to how I have known Capt Dribjot Dua for last 17 years of my life. We joined the Army together and have gone through a lot since then. We have seen career blues and that was when I realized value and worth of a real friend, Philosopher and Guide – which was Capt Dribjot. I cannot remember a time that when I required a friend to console or guide me and Dribjot wasn't there. The greatest asset Capt Dribjot has, which probably he under plays, is his willingness to help those who need it at that moment. Here I want to remember my old days with Capt Dribjot while we were together in the Army. Once it so happened that while we were on a course of instruction and as a physical training phase were being trained on a operating cross country and living off the land. We all had to cross a bridge over a river. The bridge did not have any side railing to support move of people crossing over. The river was swelling by the hour and water was flowing over the bridge – just a little bit. We were riding our bicycles and were to cross over. It was a case of misjudgment by some of us and we could not assess the force of water flowing over the bridge and started crossing the bridge while still riding our bicycles. Nobody knew that this mistake of ours will prove fatal for one of us and experience of life for others. Five of us rushed over the bridge while still on

2

bicycles, two of which crossed because of sheer momentum but balance three which included me got stalled by the running water over the bridge and toppled over the bridge into the furiously raging muddy water of a river in floods. The moment I fell into the gushing waters I was scared and desperately needed help to get out. By the home bank of the river waiting to cross were some ten other people of our group. Judging the situation quickly just two of them jumped into the water to save three of us – one was Capt Dribjot Dua. Had it not been the courage and disregard to own security and well being of him, I would not have probably seen another day like the third person who could not be saved and died by drowning. That day onwards I owe a lot to Capt Dribjot Dua for saving my life.

Another time when Capt Dribjot Dua came out as a savior for me was back in 1992, while was posted in Kashmir Valley. This time he proved to be a great friend and stupendous human being what he is. I was posted so far away from my home and being on active duty could not have returned at short notice. As luck would have it my father was struck by a strange disease which affected his eyes severely overnight. While as a son I wanted to come but much to the call of duty I could not. I wished I could look after my father when he needed me most. That time I was reminded of Capt Dribjot Dua who happened to be posted near my parent's town, instantaneously I knew the solution. All I had to do was ring up Capt Dribjot and share with him the problem at hand. He willingly, rather more than that insisted, that he will do the needful of escorting my father to a specialist. Capt Dribjot drove down 200 Kilometers and took my father to a specialist another 300 Kilometers. He did what any son would do for his own father – but he did it for mine too. It takes a large heart to do to what he did; consequently my father was cured after a long treatment, but only because it was diagnosed and treated timely. Gratitude for this act goes again to Capt Dribjot Dua whose selflessness is an example to follow and needs to be recognized and appreciated.

Capt Dribjot has always and every time been there for his family, friends and community in times of need, support and help. I will be rather conservative if I say that may God grant such friends to all. Today we all need many more Dribjots around us to make this society a better one to live in. The same God has made humans to err and our lives are made with sprinklings of sweetness and sour events. Capt Dribjot Dua is also one such person who is going through one such troughs in his life. I am sure that he definitely deserves a second chance and should be given one. He requires to be awarded a lenient view because for a sensitive, god fearing, accommodating and kind person even that will be considered harsh.

Lt Col Deepak Bagai

# Defendant's Exhibit 12



Financial
HEALTH CHECK

Sir

I am aunt of Mr. Dribjot Dua.
I know him since his childhood. He loves
me & regards me very much. He has been
such a wonderful, generous and kind person
through out. I am a caner patient and
had been on medication since four years.
This treatment is very expensive here in
India. When my desease was diagonosed
he was the first person who came forward
to my help. He has been a great help but
now he has stopped sending money because
he himself is passing through crisis.
I am facing lots of hardships due to
lack of money. Mr. Dribjot is trustworthy
and God fearing. He really has sympathy
for weak people. There is a mercy appeal
on behalf of me to you for justice,
so that any person like him should not
be wrongly judged. Kindly give another
thought to Dribjot's matter before Giving any
judgement. I hope you will accept this request

Date: 27-11-05

Address: B-5 SECTOR B
         ALIGANJ LUCKNOW
         PIN        (U.P)
         INDIA.

Your's faithfully
Dahest Makin.

# Defendant's Exhibit 13

Respected Sir,

Mr Drikjot Singh Sua is my nephew. Myself Bhupinder Singh Makin from India wants to tell you about Srijot's life and certain facts about him. I have loved him since he was the first child of family's first child of next generation. I have been down with a long illness, Drikjot was the person who sat beside me and supported me morally.

He is the most kind and sincere person of your family. He had been doing a great jobs of helping people in the school who could not afford their studies. We all love him for the qualities he possess.

How can a person with such a kind heart can go for such inhuman act. He is considered to be the saint of our family. It is my humble request to you sir to think twice before you go for the judgement. We should not loose our faith in judiciary of U.S.A

Thanking You,

Bhupinder Singh

# Defendant's Exhibit 14

To Judge James Robertson
U.S District Court for
the District of Columbia

333 Constitution Avenue NW
      WASHINGTON, DC 2000

Respected Sir,

This is an appeal from a
sister for her brother Dribjot Singh dua
He has been a person with a golden
heart. He has been so far from us, but
he is with us for every small and
big thing we do. He always stands
by us with his care and love.
It is with his moral support that we
have come back to our normal lives.
It was a time when we all were
passing through a painful phase of
our lives. My husband had lost
his job, and to add to this
my mother fell seriously ill.
Dribjot use to call us daily

and it was he, who made us believe that everything will be alright. one day. He has been a kind person, through out his life. He cannot see any of us in pain or worries. Not only us, he is kind to all human beings. Dribjot comes forward to lend his helping hands who need him.

He has been a father to his younger brother. Has worked hard for his family. He has been a guardian to his mother, who had lost her husband a few years back. He is a big brother for all of us. Kindly have mercy on him sir, as lives of all brothers and sisters move around him. He is a ray of hope for all of us. Thanking you in anticipation

Preeti.

# Defendant's Exhibit 15

Judge James Robertson                                        Date – 12th February 2008
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Respected Sir,

Would like to take this opportunity to high-light the side of Dribjot Dua (DJ) that only those know
who have been close to him in a personal manner.

There is a different side of Dribjot that only people close to him have been fortunate enough to
see. Though he happens to be my brother-in-law, however he hasn't been any less than my elder
brother. 'Big Brother' as I address him, has always been a father-figure to us (me & my husband).
We moved to US a year back for work, and did have our initial bit of settling problems, however
Dribjot was always there to help us. He has always helped us in times of need (emotionally) & at
times financially when we were struggling with my mother-in-laws breast cancer problems. Dribjot
is my husband's first cousin & does have an option to say "No" at times, however on the contrary
he's always the first person to help and goes out of his way to do so. Infact he is not only helpful
to his family. I have seen him being helpful to even strangers. He is a God-fearing person & visits
Gurdwara (place of worship) on a daily basis and on weekends he dedicates himself to the
services performed in Gurdwara from morning to evening, helping in the community kitchen and
preparing food for others.

Dribjot ensures that he gives his 100% to every job that he does. Being such a busy person that
he is, it is incredible to see the way he has moved up the ladder with regards to education. Dribjot
has made me realize that knowledge & hard work are the only twp ways of success. He is a living
example of both the virtues. We have seen him struggle & carve a niche for himself in the
corporate world. He has been constantly enriching his knowledge by studying further & updating
his knowledge on his career related subjects.

He is also a complete family man. He, along with his wife, have always taken best care of their
children, who are very well-disciplined & hold great family values. Since Dribjot realized his
mistake and the hurt and losses his actions caused his previous employer and the possible prison
term he has been constantly looking for ways to find a way to payback for his mistakes. Looking
at how regretful he is about his actions and the losses caused by them, I have no doubt in my
mind that given a chance he will do everything in his power to pay every penny back. To redeem
himself he has been constantly helping the poor, volunteering to provide clothing / food to the
needy .

I wanted to take this opportunity to request you for a pardon for Dribjot, not because he is family
to me, but because he is a great human being who is helping others to succeed in life and as
mentioned earlier, I am sure if given a chance he will make every effort to pay back for the losses
caused.  For our family, he is a perfect human being & always inspires us to move ahead in life.

Sincere Regards,

Karuna Vallecha Makin
Charlotte, NC

# Defendant's Exhibit 16

To Judge James Robertson

Us  District  Court  for

the  District  of  Columbia

333  Constitution Avenue N.W

Washington DC 2000

        Sir

    This  is  my  sincere  request  to  you, to have

mercy  on  my  uncle  Mr Dribjot Singh dua.

He is the best uncle in the world. He makes

me happy when I am sad. I study in class 2

in Lamartiniere Girls' college, it is the best scho

in the world, it is the motivation of my uncl

that I could  be a part  of the school.

When  my father lost his job, my uncle stood

by us  with his moral support and used to

call us  or mail us daily to ask for our

well being. My father, when met with an

accident,  my uncle (Dribjot) asked us if

he should come to us and look after u.

He is so kind to poor people and animals

too. I love him for his good deeds. Thanking yo

                      Prabhleen Bhatia.

# Defendant's Exhibit 17

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Date – 12th February 2008

Sir,

I have known DJ for almost 7 years now as my daughter is married to his cousin. Though there have been few occasions when I have met him in person however I have heard a lot about him and the kind of warm hearted person he is through my daughter.

At all times DJ has been extremely helpful to my daughter. My daughter & son-in-law recently went for an ex-pat assignment to the US. Being in a new country they were facing a lot of logistical challenges & were completely alone & depressed. During such times, DJ came forward as an angel took charge of things.

From finding the right house to helping them in day to day issues. DJ made it a point to call them daily & find out if they were comfortable. Even when he was extremely busy at work, he made it a point to check after his work was over. My daughter & son-in-law have very high regards for DJ.

Even when I met DJ in person he came out as a gentle, polite, down to earth guy. I have always seen him respecting elders & extremely helpful to all & not just his friends. He is a God fearing family man who holds his family close to him and is a role model for his two children.

It was extremely painful to hear the circumstances that DJ is in today, due to his own faults and doing. I think he made a grave mistake and he should pay for it, but not by going to prison, but by working hard and repaying the losses caused by his action.

Sir, I would sincerely request you to please show gratitude & mercy towards DJ as we really need such talented, noble & momentous people in our world and above all his family needs him a lot in the foreign land.

God Bless You.

Thanks,

Ashok Vallecha
New Delhi, India

# Defendant's Exhibit 18

## TO WHOM SO EVER IT MAY CONCERN

1.     I take this opportunity to write to you to inform you that **Capt Dribjot Dua** is a close and dear friend of mine. By virtue of serving together in the Indian Army for almost 7 years his integrity, words and trust can never be doubted. A Gentleman from the core of heart **Capt Dribjot Dua** has left no stones unturned to help his course mates colleagues and needy.

2.     In 1989 we both underwent Military Training at Officers Training Academy and passed out successfully in Mar 1990. Since then we both are in constant touch with each other. **Capt Dribjot Dua** may not have been physically   very tough cadet in the Academy but he was very strong from his mind and heart. He always believed in the policy Try Try Try again and at last one will succeed. He never use to give up easily. **Capt Dribjot Dua** is an emotional, intelligent and a through  gentleman. When ever we use to get oppournity to go on an  out pass to the town from the Academy he ensured that he helped at least two pers who were in need of money/food. He was always liked by all the Gentleman Cadets and earned good amount of respect by all instructional staff and colleagues.

3.     After serving for about 7 year when he got better avenues in United States and quit Indian Army as he was a Short Service Commissioned officer . In spite of going abroad **Capt Dribjot Dua** has always endeavored to keep track of his close associates in India and has been in constant touch with almost all.

4.     I remember one of our Course Mates expired due to prolonged illness in Army hospital in year 2002/03. **Capt Dribjot Dua** had sent 1000 Dollars for the little daughter of the officer so that the amount can be fixed deposited and be utilized by her mother in her education/settlement on the later part of her life.   His his act has always been very close to my heart and I always appreciate this. This shows that he is so much concerned about his friends and treats every one as part of his family.

5.     I have known **Capt Dribjot Dua** for almost 18 years now and he definitely has a very pleasant mannerism, positive approach/thinking towards life and every one. I know his mother well who is very simple and pious lady.

Dated   28 Nov 2007

(DS Oberai)
Lieutenant Colonel

# Defendant's Exhibit 19

Judge James Robertson                                Date – 10th February 2008
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Respected Sir,

Dribjot is my son-in-law's first cousin & I have known his family since last 6yrs.  His
mother is our neighbor too, which brings us closer to his family.  Though I haven't been
close to him personally since we stay in India, however I have heard loads about his good
deeds through his mother & through my daughter and also witnessed some during his
visits to India.

Dribjot is a son that every mother would long to have.  The way he takes care of his
mother is amazing.  Its not just about taking care of her financially but also taking good
care of his mother from a distance.  He is emotionally attached to his mother & respects
& worships her.  Since his father passed away, he has been solely responsible for taking
care of his mother, his family, his younger brother and his family.  He has worked really
hard for the respectable position that he holds today.  He has been a God-sent angel for
his family, who worships him for the sacrifices he has made for them till date.  He has
even done multiple jobs in one go to earn money required to raise a family.  He is an
asset to his family.  I don't think if his mother could ask for anything more than such a
responsible son.

I have a son too who lives near our house however he has never been concerned about
our welfare.  Instead we are the ones who take care of him.  I would love to have a son
like Dribjot and I also give his examples to my son.

I know that Dribjot made a mistake at his previous job where he showed poor judgment.
All I can do is to make a sincere and humble request to you to please take into
consideration, Dribjot's contribution towards his family and community.  He is a good
man and should be given an opportunity to show what he really is.

Best Regards,

Neelam Vallecha
New Delhi, India

# Defendant's Exhibit 20

Date: 5-3-2008

To,

Judge James Robertson
U.S. District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Sir,

I've known, Capt. Dribjot Dua for more than 6 years, being his brother-in-law, and have found him to be a thorough gentleman and a nice human being. He has always shown keen concern for me whether it has been my career or be it matters concerning life. Capt. Dua is one such person who is always glad to share his happiness with everyone around without any preferences. I believe that a person like him is an asset to each and every place and each and every one that he is associated with and much beyond any such parameters. He has always strived with utmost honesty, dedication, ability and sincerity to fulfill his responsibilities as a family man and has been an ideal husband and an ideal father. Capt. Dua is a fine example of a selfless human in a fast moving world where few have the time & concern for others and draws immense respect from everyone, even those who have known him for a while.

As far as I have known him, he has always spelled truth and positivism about life through his words and by means of his conduct. He is a man whom the whole world can look forward for true companionship without a second thought. Capt. Dua has at all times shown enormous regard for me despite I being several years younger than him and not even being related to him by blood, and so has been the case with all other people known to him irrespective of their age, status, religion or belief. I have always felt him close to me as an elder brother and have always related to him on a one to one basis. Finally I would like to say that Capt. Dua has always stood by the values that form the basis of humanity, a healthy society and a fine world for the generations to come and that if he is considered compassionately will be able to continue spreading his goodness by being a part of that group of people whose good deeds have been protecting the world and making it worthwhile.

Warm regards

5/3/08

(Sanvinder Singh)

# Defendant's Exhibit 21

  

# GURU GOBIND SINGH FOUNDATION
### 13814 Travilah Road Rockville, MD 20850

**Granthi**
Bhai Gurdarshan Singh
(301) 309-9528

December 19, 2007

**Management Board**
**Chairman**
Ranjit Singh
(703) 354-5419

To Whom It May Concern ;

**Secretary**
Amrit Kaur
(703) 802-0114

I , Secretary of Guru Gobind Singh Foundation, a religious Sikh organization , affirm that Mr. Dribjot Dua is an active member of our congregation for last 4  years. He is a regular member at Sunday service and does volunteer work there. He is deeply involved in community and is a responsible and committed individual.

**Treasurer**
Arvinder Singh
(301) 572-9330

I wish him success in his endeavors. I can be reached at 703 802 0114 for additional information.

**Executive Director**
Dr. Rajwant Singh
(301) 294-7886

Sincerely,

**Board of Directors**
Amrit Kaur
Arvinder Singh
Bupinder Kaur Saini
Chattar Singh Saini
Harjit Kaur
Harminder Singh Jassal
Rajwant Singh, Dr.
Ranjit Singh
Sarbjit Singh Sidhu

Amrit Kaur, Secretary
Guru Gobind Singh Foundation

**Patrons**
Dr. Gurbilash Kaur (PA)
Dr. Kirpal Singh (IA)
Dr. Parbhur Singh Brar
(VA)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

- v. -

DRIBJOT S. DUA,

Defendant.

Case No.: 07-CR-160-JR

**EXHIBITS A-E**
**TO DEFENDANT'S SENTENCING MEMORANDUM**

| Exhibit | Description |
|---------|-------------|
| A | Most Recent Performance Review, Gifts In Kind International (January 3 and 4, 2008) |
| B | Various Professional Certifications and Achievements (2002 - 2008) |
| C | Academic Record and Achievements (1982 - 2007) |
| D | Certificate of Appreciation, Children's National Medical Center (March 12, 2007) |
| E | Academic Achievement Certificates for Parmeet Dua (Mr. Dua's oldest son) (2005 - 2007) |

# Defendant's Exhibit A

# MEMORANDUM—CONFIDENTIAL & PERSONAL

TO:        DJ Dua
RE:        Thank you
FROM:      Richard Wong
DATE:      January 4, 2008

---

A couple of months ago we discussed performance outcome and how we'll measure and reward our people by the result.

I am delighted to inform you that we are making a small step in showing our appreciation of your hard work—we are providing you with a performance-based year-end bonus.

Bonus is calculated based on both individual and organizational performance. As you know, 2007 wasn't a good year financially for the organization, so we are awarding our year-end bonus in two installments. Half of it now (included in your Jan 15th pay check) and if the financial health of the organization improves, your second half will be awarded in June 2008.

Only individuals that achieved top performance are awarded the bonus so <u>please keep this confidential</u>.

If you have any questions, please do not hesitate to talk to me directly. Thank you for serving the mission well and look forward to your support in 2008!

**Gifts In Kind International**
**Salary Authorization Form**

| | |
|---|---|
| Date | January 3, 2008 |
| Employee Name | DJ Dua |
| Department | Operations |
| Title | Director, IT |
| Present Salary | $96,000<br>$101,000 (Effective Jan. 1, 2008 per offer letter) |
| 2007 Performance Review Rating | 3.21 |
| Salary Increase | 4% - Actual $2,712 (prorated based upon 5/1/07 hire date) |
| New Salary Amount | Actual $103,712 (prorated based upon 5/1/07 hire date; |
| Effective Date | January 1, 2008 |
| Reason for Increase | Annual Merit Increase |
| New Anniversary Date | January 1, 2009 |
| Department Head Signature (Budget Holder) | |
| Human Resources Director | *[signature]* |
| President and CEO | |
| Employee Signature | |

**Gifts In Kind International**
**Year-End Performance Evaluation**

Gifts In Kind International believes that a formalized performance review helps to improve quality of work; increase productivity; promote employee development; develop better communication between the employee and supervisor and assist in determining salary adjustments. Reviews are conducted twice yearly. The year-end review has 3 main components:

1.    Assesses the employee's achievement on their objectives and goals.
2.    Provides feedback to the employee on their performance against GIKI's standards.
3.    Provides a venue for supervisors to set the new goals and objectives with the employee.

**Process:**
1.    Form is completed and signed by the immediate supervisor.
2.    Completed form is forwarded to the reviewer's immediate supervisor for approval. Two levels of review required (the reviewer and the reviewer's supervisor)
3.    Forms are then forwarded to Human Resources for check-in and review.
4.    Forms are **then** returned to immediate supervisor for presentation to employee.
5.    Copies should be retained by the employee being reviewed and his/her supervisor.
6.    Original is returned to the Human Resources Department for filing.

**Rating Scale:**
4 = Exceeds Expectations: Consistently exceeds the job requirements in that category.
3 = Fully Satisfactory: Consistently meets the job requirements in that category.
2 = Needs Improvement: Meets the minimum job requirements in that category.
1 – Unsatisfactory: Falls well below requirements of the job in that category.

**Employee Name** _____ **DJ Dua** _____

**Employee Title** _____ **IT Director** _____

**Supervisor** _____ **Cindy Schmidlin** _____

**Review Period:** _____ **May 1 – December 31 2007** _____

**I. Accomplishments:** Please list the individual's top 3 to 5 accomplishments this year. Please rate the accomplishments. Please only provide 1 rating score for all of the accomplishments combined. Ratings of 4, 2 or 1 **require** comments.   PLEASE ALSO NOTE THIS SECTION IS WORTH 80% OF THE EVALUATION.

| Accomplishment | Comments |
|---|---|
| 1.    You were a key player in the push to get the HP website developed and integrated with Navision by our deadline date of 11/1/2007. | |
| 2.    Since your arrival we have experienced little, if any, network downtime. The monitoring, routine diagnostics, hardware replacement and security measures that you have implemented appear to be having a positive impact. | |
| 3.    In your first six months you have streamlined our existing network with low cost software/hardware enhancements and successfully transitioned our routine data backup and recovery to a cost effective offsite vendor. | |
| 4    You continue to expand your technical knowledge and security expertise attaining your CIPP Certification last September. | |
| | |
| TOTAL RATING FOR ALL ACCOMPLISHMENTS: | 3.3 |

Employee Name:_____DJ Dua_____

**II. Performance Against Gifts In Kind International's Standards:** Employees are assessed on each of Gifts In Kind International's standards, listed below. Please rate the individual's performance on these standards. Use space provided for optional comments as applicable. Add the ratings and divide the total by the number of accomplishments for the average. Supervisors have 9 ratings in the average, while non-supervisors have 8. Ratings of 4, 2 or 1 require comments. **PLEASE ALSO NOTE THIS SECTION IS WORTH 20% OF THE EVALUATION.**

| GIKI's Standards | Standard Description | Rating | Comments |
|---|---|---|---|
| Customer Service | Provides prompt, quality service to internal and external customers. | 2.2 | Need to respond quicker to help desk requests, my requests, vendor requests, etc. |
| Communication | Creates effective working relationships by information sharing | 2.5 | Need to provide routine status updates. Take the initiative to keep everyone better informed. |
| Teamwork | Consensus building and using active listening skills | 3.0 | |
| Technical Excellence | Develops and applies technical and role specific skills and organizational knowledge | 3.7 | |
| Production | Produces quality work at expected volume levels | 3.0 | |
| Attendance & Punctuality | Uses leave appropriately according to procedures. Arrives on time, works productively. | 3.0 | Please be sure to schedule your leave requests as early as possible and use the proper Leave Request forms. |
| Risk-Taking & Problem-Solving | Takes informed risks, balanced by the values of the organization; is nimble and innovative; creates solutions that add value to our business. | 2.5 | You know what to do but it takes you far to long to pull the trigger. |
| Commitment and Professionalism | Respects co-workers and honors diversity; honors commitments to our internal and external customers. Exhibits sound interpersonal skills. | 2.7 | You need to get more involved and demonstrate more interest and ownership in meetings. |
| Leadership (for supervisors only) | Assists staff in meeting their professional goals; responds to concerns from employees or co-workers; delegates work appropriately; provides routine feedback and support; exercises good planning & decision-making. | 3.0 | |
| | **TOTAL AVERAGE SCORE** | **2.84** | |

**III. Supervisor Feedback**

**A.   Strengths:** Please list the individual's top 2 to 3 strengths, and after each give a specific example of an instance where this strength was exemplified.

Strength:      Very solid technical expertise.
Example:       Easily assumed responsibility for our network and quickly got up to speed on all IT projects.

Strength:      Very methodical, logical thinker
Example:       Your workflow and process decisions are precise and efficient.

Strength:      Tough negotiator / cost conscious
Example:       You push hard to make sure you are getting the highest level of service for the lowest possible price.

Employee Name: _____ DJ Dua _____

**B. Opportunities for Improvement:** Please list any areas where this individual could improve and develop performance. Include suggested assignments, projects or training that could be helpful.

- **Take full responsibility for the projects that you are managing. You are quick to take charge from a technical standpoint but not as aggressive when it comes to managing the people and the overall process.**
- **Develop a sense of ownership for ALL IT related issues and push to resolve them quicker. GIKI is a small, entrepreneurial environment that requires quick, targeted decisions and instantaneous results. I would like to see you take ownership of every issue, make decisions quicker and push harder to get desired results (e.g.: phone set purchase, Savvis HP solution; Ricoh printers, etc.).**
- **Be a more effective communicator. Aggressively follow-up with vendors and provide users and vendors with frequent status updates (in writing when necessary).**
- **Address and resolve day-to-day help desk requests faster.**
- **Cost effectively upgrade the quality of our network in 2008.**

**C. Developmental Plans:** Discuss long-term professional goals and interests. Recommend steps to work towards it within GIKI.

A new performance development tool will be provided during January, 2008, for the performance development discussion and process.

**IV. Work plan Objectives for Next Review Cycle:**

A new performance development tool will be provided during January, 2008, for the objective and goal setting process for 2008.

---

**Total Score Section I Accomplishments (1 rating for all accomplishments combined):**
Section I rating    3.3    X .80 =    2.64    (final)

**Total Average Score Section II Gifts In Kind Standards:**
Section II rating    2.84    X .20 =    .568    (final)

**TOTAL AVERAGE SCORE Sections I and II (final)    3.21**

Please circle overall rating:

4 = Exceeds Expectations: Consistently exceeds the job requirements in that category.
3 = Fully Satisfactory: Consistently meets the job requirements in that category.
2 = Needs Improvement: Meets the minimum job requirements in that category.
1 = Unsatisfactory: Falls well below requirements of the job in that category.

---

Supervisor (Reviewer) Signature: _*Bill Schmollen*_    Date: _12/28/2007_

Department Head Signature: _____    Date: _____

Human Resources Signature: _____    Date: _____

Employee Signature: _____    Date: _01/07/2008_

*I understand that Performance Reviews are the primary management tool for making personnel decisions and that further information may be obtained from the reviewer.*
*Employee Comments (Optional):*

# Defendant's Exhibit B

# Training Certificate

## D.J. Dua

**Configuration Management & Change Control for IT Infrastructure and Network Infrastructure Qualification & Systems Validation**

The DoubleTree Hotel

October 7-8-9, 2002 · Philadelphia, Pennsylvania

18 ½ Contact Hours

Presented by



INSTITUTE OF
VALIDATION TECHNOLOGY

publisher of



Journal of
GXP.
Compliance

and

Journal of
VALIDATION
TECHNOLOGY.

Conference Chairperson



*Certificate of Membership*

**The Network Professional Association**
*Hereby Recognizes*

**D J Dua**

*as a member in good standing*

D J Dua  Member #20003138  ·  Valid Thru 1/10/04

_____
Administrator

_____  5/3/03
Date

MEMBER
NPA
NETWORK PROFESSIONAL ASSOCIATION



# Project Management Institute



*This is to certify that*

*Dribjot Dua*

*is a member of*

*the Project Management Institute,*

*a nonprofit organization*

*dedicated to advancing*

*the methods of project management.*

Chief Executive Officer

| 701450 | Jan 2006 |
|--------|----------|
| Membership ID | Date |

Making project management indispensable for business results.™



# Velociteach

hereby certifies that

## Dribjot Dua

has successfully completed the 3 Day

## Pass the PMP

Exam Preparation Class
And earned 27 Contact Hours

Project Management Institute
R.E.P. #1763
Course #: VTPMP3DY

Todd Fuller, PMP - Senior Instructor

January 20, 2006
Date



GSA Office of Governmentwide Policy

July 13, 2006

Mr. Dribjot Dua
University of Maryland University College
Graduate School Executive Programs
3501 University Boulevard East
Adelphi, MD 20783

Dear Mr. Dua:

On behalf of the Federal Chief Information Officers Council, the General Services
Administration (GSA) would like to congratulate you on your successful completion of
the requirements for the CIO Certificate in Federal Executive Competencies.

The CIO University, managed by GSA, is a consortium of selected universities including
the University of Maryland University College, that teach competencies important to a
successful CIO organization.  These competencies were taught from Learning
Objectives developed by over 100 experts from government, industry, and academia in
the areas of Policy, Leadership, Change Management, Information Resources Strategy,
Planning, Performance Assessment, Project/Program Management, Capital Planning
and Acquisitions.

By enhancing the skills of those who manage information technology in both public and
private organizations, we hope to improve our government's service to citizens.  We
welcome you to a cadre of CIO University graduates who are increasingly filling roles as
our top government executives.  Congratulations again on your accomplishments.

Sincerely,

Mary J. Mitchell
Deputy Associate Administrator
    Office of Technology Strategy

cc:  Janet L. Barnes, co-chair of the CIO Council's IT Workforce Committee and
CIO, Office of Personnel Management

Ira L. Hobbs, co-chair of the CIO Council's IT Workforce Committee and
CIO, Department of the Treasury

U.S. General Services Administration
1800 F Street, NW
Washington, DC  20405-0002
www.gsa.gov

# CIO UNIVERSITY

*Federal Executive Competencies*

The Chief Information Officers University

and

The University of Maryland University College

hereby certify that

## Dribjot Dua

has fulfilled the requirements for the

CIO Certificate in Federal Executive Competencies

Awarded in Washington in the District of Columbia

this thirteenth day of July, two thousand and six

University of Maryland University College

*Chief Information Officers Council*

*Interim Vice Provost and Dean*

# CIO UNIVERSITY
## Federal Executive Competencies



**CIO University Academic Points of Contact**

*Carnegie Mellon University*—Karen Widmaier

*George Mason University*—Clodagh Bassett

*George Washington University*—Paul Hardister and Kim McDevitt

*La Salle University*—Margaret McCoey

*Syracuse University*—Scott A. Bernard

*University of Maryland University College*—Jane Goldberg

The members of the IT Workforce Committee of the CIO Council and GSA extend our warmest wishes to every graduate for great success in your future endeavors. Many thanks also to your families, colleagues and employers, as well as to the faculty and CIO University Partners who supported you during this rigorous degree process.

We'd also like to especially thank the CIO University Points of Contact listed above who have worked tirelessly to attend to needs of each graduate. You are each a credit to your institutions, and a pleasure to work with.

Again, congratulation to each graduate of today's class of 2006!

CIO University
Office of Technology Strategy
Office of Governmentwide Policy
General Services Administration

202.219.0723
monica.fitzgerald@gsa.gov

*Graduation Ceremony*

*July 13, 2006*

**Federal Chief Information Officers (CIO) Council**
**IT Workforce Committee**

**General Services Administration**
**Office of Governmentwide Policy**
**Office of Technology Strategy**

## George Mason University (continued)

| | |
|---|---|
| Felix Mitchell | General Dynamics, Missile Defense Nat. Team |
| Paul Moniz | Urban Land Institute |
| Pradeep Moondra | Time Warner Inc. |
| Harkiran Moosani | America Online Inc. |
| Mohab Murrar | BEAT (Blue Energy for Adv. Technologies) |
| Michael Naeve | ManTech International |
| Chandrashekar Namagondlu | Visa USA |
| Joseph Nelson | KPMG LLP |
| Elizabeth Nicholls | Sallie Mae |
| Richard Nielsen | Digicon |
| Ira O'Sullivan | Alphatsight |
| Ismat Pasha | Verizon |
| Richard Penrose | Freddie Mac |
| Scott Pierce | Central Intelligence Agency |
| Brian Scarratt | Sprint |
| Enayetullah Shabon | Northrop Grumman Corporation |
| Kalpesh Shah | Software AG Inc. |
| Vijay Shah | Apex CoVantage |
| Brian Shaner | Datatel, Inc. |
| Anand Uppor | Booz Allen Hamilton |
| Suhas Vasanth | American Red Cross |
| Jacqueline Villasenor | Ennovex Solutions |
| Sivaramakrishnan Vittala | Accenture |
| Gordon Wilson Jr. | New Vectors |

## University of Maryland University College

| | |
|---|---|
| Marcella Black | Security Scape, LLC. |
| Niki Bryant | DFAS/BTA |
| Vaughan Butts | University of Maryland University College |
| Benjamin Clark | University of Maryland University College |
| Luis Corpin | U.S. Department of Veterans Affairs |
| Dribjot Dua | University of Maryland University College |
| Guy Durant | Vision Enterprises, Inc. |
| Curtis Huyser | Broadcasting Board of Governors |
| Ethel Matthews | U.S. Small Business Administration |
| Debra Moriarty | General Dynamics-Signal Solutions |
| Savitri Persaud | ASHA IT/Health Care Consulting, LLC |
| Naima Taylor | U.S. Agency for International Development, OIG |
| Christopher Teer | Black & Decker |

## The George Washington University

| | |
|---|---|
| Syed Alavi | The George Washington University |
| Lisa Anderson | US Army |
| Kathleen Arace | The MITRE Corporation |
| Jerald Armstrong | NOAA |
| Emily Arnold | United States Naval Academy |
| Jessica Aten | NRECA |
| Mostafa Bahloul | Northrop Grumman and HPTI |
| Susan Barron | Board of Governors of the Fed. Reserve System |
| Alberta Boakye | The George Washington University |
| Kristina Brandriff | The George Washington University |
| Edward Bricka | The George Washington University |
| Auszie Brown | U.S. Army |
| Mark Burton | Verizon |
| Phyllis Calloway | The George Washington University |
| Theresa Calogero | State Street Global Advisors |
| James Carlson | Brandes Associates, Inc. |
| Irene Carter | The George Washington University |
| Mark Centofante | The George Washington University |
| Kenneth Chen | Headquarters Department of Army |
| Kevin Cody | The George Washington University |
| Shawn Costigan | The George Washington University |
| Brian Cox | The George Washington University |
| Chris Cutler | Nortel Government Solutions |
| Anne Do | Booz Allen Hamilton |
| Andrew Dorfmann | The George Washington University |
| Michael Gandy | The George Washington University |
| Sri Garimella | America Online, Inc |
| Robert Gilbert | The George Washington University |
| Andrew Gilbert | The George Washington University |
| Jessica Glace | LMI Government Consulting |
| Edward Higgins | Central Intelligence Agency |
| Jane Hudson | Booz Allen Hamilton |
| Christopher Huneke | SAIC |
| Elisa James | Lockheed Martin |
| Fida Kanaan | HDR |
| Mazhar Kapadia | The George Washington University |
| Farhan Khan | The George Washington University |
| Sunny Kil | The George Washington University |
| Brian Killingsworth | The George Washington University |
| Alexander Kim | American Chemical Society |

(More on next page)



**Making project management indispensable for business results.**

## Project Management Institute
## Global Operations Center

Four Campus Boulevard, Newtown Square, PA 19073-3299 USA
TEL: +1-610-356-4600  FAX: +1-610-356-4647
E-mail: customercare@pmi.org  Internet: www.pmi.org

3 August 2006

Dribjot Dua
18402 Fable Drive
Boyds, MD 20841
UNITED STATES

Dear Mr. Dribjot Dua,

On behalf of the Project Management Institute's Certification Program Department, congratulations on the successful demonstration of your project management knowledge by passing the Project Management Professional (PMP®) examination. As one of a select group of project management practitioners to earn the PMP designation, you can justifiably take pride in your accomplishment. Welcome to the global community of PMP certificants.

The enclosed materials are provided to you as a newly certified Project Management Professional. Review these materials carefully and create a PMP certification file to maintain these and additional materials you will receive pertaining to the maintenance of your credential.

### PMP Certificate and Pin

The PMP certificate and pin attest to the fact that you are a certified Project Management Professional. On your PMP certificate you will find:

- PMP Number: The unique 6-digit identification number used by PMI to maintain your individual certification records. This number along with the PMI identification number (issued at application) is needed to access the Certification System and to report PDU activities in compliance with Continuing Certification Requirements.

- PMP Certification Dates: The dates reflect the date you earned the PMP credential and the date that your active certification status expires. You will receive a new certificate each time you renew your PMP certification, but you will retain your original PMP number. Please refer to the Continuing Certification Requirements Program handbook (included) for details on maintaining an active PMP status.

### PMP Credential Icon and use of PMP designation

You are now eligible to use the block letters "PMP" after your name on your business cards.

- The PMP credential logo file is provided to you on the enclosed CD.
- The logo can be sent directly to your business card designer/printer to produce your business cards. The file is supplied in a jpeg format for optimal print quality.
- The logo placement is important. The logo must appear immediately after your name on your business cards and should be used in black and white and in the size provided.
- Only the person holding the credential is authorized to use this icon or the block letters PMP after his/her name.
- It is not to be used on personal letterhead stationery or resumes, on Web sites or in e-mail signatures.



# Project Management Institute
# Project Management Professional
# Code of Professional Conduct

*As a PMI Project Management Professional (PMP®) I agree to support and adhere to the responsibilities described in the PMI PMP Code of Professional Conduct.*

## I. Responsibilities to the Profession

### A. Compliance with all organizational rules and policies

1. Responsibility to provide accurate and truthful representations concerning all information directly or indirectly related to all aspects of the PMI Certification Program, including but not limited to the following: examination applications, test item banks, examinations, answer sheets, candidate information and PMI Continuing Certification Requirements Program reporting forms.

2. Upon a reasonable and clear factual basis, responsibility to report possible violations of the PMP Code of Professional Conduct by individuals in the field of project management.

3. Responsibility to cooperate with PMI concerning ethics violations and the collection of related information.

4. Responsibility to disclose to clients, customers, owners or contractors, significant circumstances that could be construed as a conflict of interest or an appearance of impropriety.

### B. Candidate/Certificant Professional Practice

1. Responsibility to provide accurate, truthful advertising and representations concerning qualifications, experience and performance of services.

2. Responsibility to comply with applicable laws, regulations and ethical standards governing professional practice in the state/province and/or country when providing project management services.

3. Responsibility to act in an honest and ethical manner when interacting with PMI and when providing project management services.

4. Responsibility to maintain and respect the confidentiality of the contents of the PMP Certification Exam.

### C. Advancement of the Profession

1. Responsibility to recognize and respect intellectual property developed or owned by

others, and to otherwise act in an accurate, truthful and complete manner, including all activities related to professional work and research.

2. Responsibility to support and disseminate the PMP Code of Professional Conduct to other PMI certificants.

## II. Responsibilities to Customers and the Public

### A. Qualifications, experience and performance of professional services

1. Responsibility to provide accurate and truthful representations to the public in its advertising, public statements and in the preparation of estimates concerning costs, services and expected results.

2. Responsibility to maintain and satisfy the scope and objectives of professional services, unless otherwise directed by the customer.

3. Responsibility to maintain and respect the confidentiality of sensitive information obtained in the course of professional activities or otherwise where a clear obligation exists.

### B. Conflict of interest situations and other prohibited professional conduct

1. Responsibility to ensure that a conflict of interest does not compromise legitimate interests of a client or customer, or influence/interfere with professional judgments.

2. Responsibility to refrain from offering or accepting inappropriate payments, gifts or other forms of compensation for personal gain, unless in conformity with applicable laws or customs of the country where project management services are being provided.

## III. Administration of Code of Conduct

By becoming a PMP, you agree to abide by this Code of Conduct. PMI reserves the right to suspend or revoke the certification of any PMP who is determined to have committed a violation of this Code or otherwise failed to adhere to the tenets of this Code.

_____
Chief Executive Officer

JUN 2006
Date

_____
*Signature of PMP*

© 1999 Project Management Institute, Inc. All rights reserved.
"PMI", the PMI logo, and "PMP" are registered marks of the Project Management Institute, Inc.
Printed in the USA

Property of the Project Management Institute

050-002-2000 (rev. 01-05)



# Project Management Institute

This is to certify that

*Dribjot Dua*

has successfully completed all prescribed requirements and is hereby designated as a

## Project Management Professional

29 July 2006 – 31 December 2009

PMP Since: 29 July 2006

In testimony whereof, we have subscribed our signatures under the seal of the Institute.

*Gregory Balestrero*
Chief Executive Officer

Chair, Board of Directors

PMP Number: 423333

# UNIVERSITY OF MARYLAND UNIVERSITY COLLEGE

THIS CERTIFICATE IS AWARDED TO

## Arthiut Butt

IN RECOGNITION OF SUCCESSFUL COMPLETION OF THE COURSE OF STUDY IN

## Executive Certificate for Chief Information Officers

### Graduate Level

*Given at Adelphi, Maryland on the 30th day of August in the year two thousand and six.*

Nanette Mack
**Associate Provost
and University Registrar**

Michael S. Frank
**Interim Vice Provost and Dean
Graduate School Management and Technology**





# Certificate of Completion

*This certifies that*

## Dribjot Dua

*Has completed the official  (ISC)²®*

*Certified Information Systems Security Professional*

*CBK Review Seminar*

*September 11th – September 15th, 2006 in Vienna, VA*

**(ISC)²'**

SECURITY TRANSCENDS TECHNOLOGY™

_____

Mike Beevers - Instructor



# TECH ⊘ TRAIN

## Certificate of Accomplishment

This certifies that

### D.J Dua

Has completed the official (ISC)²
Certified Information Systems Security Professional
CBK Review Seminar
November 5th, 2006

Dave Minutella
Vice President Educational Services

(ISC)²
International Standard
For Information Security



**This certifies that:**

Dribjot  Dua

has successfully completed the requirements to be recognized as a:
CompTIA Security+ Certified Professional

COMP001005575220
Career ID Number

November 25, 2006
Date Certified

John Venator, President/CEO

THE COMPUTING TECHNOLOGY INDUSTRY ASSOCIATION



**ISACA**
Serving IT Governance Professionals

*THIS IS TO CERTIFY THAT*

*Dribjot Dua*

HAS BEEN ADMITTED ON THIS DATE AS A MEMBER
OF THE ASSOCIATION AND IS ENTITLED
TO ALL RIGHTS AND BENEFITS IN ACCORDANCE
WITH THE BYLAWS.



EVERETT C. JOHNSON
INTERNATIONAL PRESIDENT

10 February 2007

ISSUED

# IT Professional Membership

**CompTIA.**

1815 S. Meyers Road, Suite 300
Oakbrook Terrace, Illinois 60181-5228
t: 630.678.8300
f: 630.678.8384

Amsterdam

Beijing

Brussels

Chicago

Delhi

Dubai

Düsseldorf

Hong Kong

Johannesburg

London

Sao Paulo

Sydney

Tokyo

Toronto

Washington, D.C.

February 23, 2007

Dribjot Dua
18402 Fable Drive
Boyds, MD 20841
USA

Dear Dribjot,

Congratulations on taking the next step in your career and welcome to CompTIA's IT Professional membership. Included in the box with the letter you should find:

- 8503: Membership Certificate
- 8507: Membership Card
- 8508-Security+: Lapel Pin

If any of the items are damaged or incorrect, do not hesitate to contact us either via email at imsupport@comptia.org or via phone at (888) 353-5233.

Looking for your exam discount voucher? Before contacting your test vendor, log into your account at www.comptia-itpro.org , click on "Member Services," then on "Discount Voucher." Step through the voucher "wizard," and your discount voucher number will appear online. Now you're ready to contact the testing center to schedule your exam, and will only need your CompTIA CareerID and your Discount Voucher Number.

While you are at the site, stay connected with the IT Pro E-Community! Click on "Member Community," to view the Newsletters section, post questions to your fellow members in the Forums, or find member-only offers are posted under Documents.

We have been working with other CompTIA certified professionals to develop this membership. There are many exciting developments in the works for this year. Your feedback and suggestions are vital to the continued growth and success of this program. Be on the lookout for your monthly email newsletter and participate by contacting us with your ideas and giving us feedback through surveys and web polls.

Membership, make IT work for you!

June Keszeg
IT Professional Membership
Program Manager
imsupport@comptia.org
toll free: 888.353.5233
direct: 630.678.8342



## Security+™ Certified Professional

### This is to certify that

**Dribjot Dua**                                **COMP001005575220**

Candidate Name                                CompTIA Career ID™ Number

*has successfully completed the CompTIA Security+ certification requirements demonstrating proficiency in the following job skills and knowledge domains:*

**General Security Concepts**
(e.g. Access control, authentication, non-essential services and protocols, attacks, malicious code, social engineering and auditing)

**Communication Security**
(e.g. Remote access, e-mail, web, directory, file transfer and wireless)

**Infrastructure Security**
(e.g. Devices, media, security topologies, intrusion detection and security baselines)

**Basics of Cryptography**
(e.g. Algorithms, concepts of using cryptography, PKI, standards and protocols, key management/certificate lifecycle)

**Operational / Organizational Security**
(e.g. Physical security, disaster recovery, business continuity, policy and procedure, privilege management, forensics, risk identification, education and documentation)

This certificate is awarded by CompTIA, the global trade association representing the business interests of the information technology industry. For more than 20 years CompTIA has provided research, networking and partnering opportunities to its members, developing standards and best practices and impact IT worldwide. Best known in the IT certification area for CompTIA A+ certification, the association offers vendor-neutral certifications in key technology areas. CompTIA certifications are funded, developed and governed by industry leaders and meet the highest standards of certification testing. CompTIA certifications are recognized by other leading certification developers like Cisco, IBM, Intel, Microsoft and Novell.

**CompTIA - The organization of choice for the global technology community.**
E-mail: questions@comptia.org          Internet: www.comptia.org



1815 S. Meyers Road

Suite 300

Oakbrook Terrace

Illinois 60181-5228

Phone: 630.678.8300

Fax: 630.678.8384

www.comptia.org

**Dear Security+ Certified Professional:**

CONGRATULATIONS! You have successfully passed the CompTIA (Computing Technology Industry Association) Security+ certification. By passing the Security+ certification you have earned the designation "Security+ Certified Professional," an internationally recognized validation of the knowledge and skills required of a security professional.

CompTIA is pleased to present you with the enclosed Security+ materials. We have also included additional information, which may benefit you in your career.

• **Security+ Certificate** – Display your Security+ certificate in a prominent location to showcase your accomplishment and newly acquired credential

• **Security+ ID Card** – Carry your Security+ ID Card as verification of your Security+ certification for employers, customers and industry peers.

• **Security+ Certification Logo and Logo Usage Guidelines** – Utilize the Security+ logo to promote and advertise your certified status in business, collateral and advertising materials. The Security+ logo and usage guidelines are available on the CompTIA Web site at *www.comptia.org/downloadlogo.*

Valuable information on advancing your career, other CompTIA certifications, training resources, and tracking your CompTIA exam history can be found on the following Web sites:
• www.tcc.comptia.org - The most comprehensive site for all-inclusive ICT career information including job categories, titles, descriptions, skills, training and technical certifications.

• www.comptia.org/careerID - Track your exam history on-line, update your demographics, and verify certification status. Should any of the above items be missing, misspelled or damaged, please visit our Web site on how to obtain replacements.

• www.comptia.org - For information on other CompTIA certification programs, training resources, industry news and other relevant updates.

Thank you for participating in the Security+ certification program. CONGRATULATIONS! We wish you continued success in the future!

Sincerely,

John Venator
President and CEO
Enclosures

Skills Development      Education and Training      Convergence      e-Commerce      Public Policy      IT Services

Amsterdam   Brussels   Chicago   Düsseldorf   Hong Kong   Johannesburg   London   Ottawa   Sao Paulo   Singapore   Sydney   Tokyo   Toronto   Washington, D.C.



IT Professional Membership

CompTIA®

This Certifies that: **Dribjot Dua**

is a member in good standing of the Computing Technology Industry Association, an organization dedicated to the highest standards of professionalism in the information technology industry.

John J. Venator, President/CEO

01/01/2007
Member Since

01/31/2010
Date Exp.

Available CompTIA Certifications

A+®
Network+®
Server+™
Security+™
HTI+™
i-Net+®
CDIA+™
Linux+™
Project+™
CTT+™
e-Biz+™



3701 Algonquin Road, Suite 1010
Rolling Meadows, Illinois 60008-3105, USA
Web Site: *www.isaca.org*

Telephone: +1.847.253.1545
Facsimile: +1.847.253.1443
E-mail: *certification@isaca.org*



1 August 2007

Dribjot Dua
18402 Fable Drive
Boyds MD 20841

Exam ID: 07413385

# Certified Information Systems Auditor™ CISA®

Notice of Exam Results
TESTED 9 JUNE 2007 - with Form 210220 English Version

**Congratulations! You were successful in achieving a passing score on the CISA exam.**

| Your Total Scaled Score is 463 |
|---|

We are pleased to inform you that you successfully passed the JUNE 2007 CISA exam. You have now taken your first step toward becoming a Certified Information Systems Auditor (CISA). On behalf of ISACA, we offer our congratulations for your achievement, and we hope that you enjoy the many opportunities that await you.

## SCALED SCORES OF YOUR PERFORMANCE BY AREA

| AREA | SCALED SCORE |
|---|---|
| IS Audit Process | 390 |
| IT Governance | 466 |
| Systems and Infrastructure Life Cycle Management | 402 |
| IT Service Delivery and Support | 312 |
| Protection of Information Assets | 536 |
| Business Continuity and Disaster Recovery | 572 |

The scoring process for the CISA exam has changed effective with the June 2007 exam administration. Beginning with the June 2007 exam, ISACA will provide CISA exam scores on a scale from 200-800, with the passing score set at 450. A scaled score is a conversion of a candidate's raw score on an exam to a common scale. A score of 450 represents a minimum consistent standard of knowledge as established by ISACA's CISA Certification Board.

Your next step is to carefully read the enclosed Application for CISA Certification, which can also be downloaded at www.isaca.org/cisaapp. If you find that you meet the experience requirements, please complete and return the application to ISACA with the appropriate supporting documentation. Please note that your present or prior employer must verify the work experience you submit on the Verification of Work Experience form included with the application. We recommend that you collect and send all of your supporting documentation at the same time. If you have not yet obtained the required experience, you have five years from the date of the exam to submit your completed application and supporting documentation. Until your application is received and approved, you are not CISA certified and cannot use the designation.

Again, congratulations on your achievement. We look forward to you joining the more than 50,000 professionals who have earned the CISA credential.

CISA Certification Board
ISACA: Serving IT Governance Professionals

Enclosure: Application for CISA Certification



170 Cider Hill Road
York, Maine 03909
Toll free: 800.266.6501
Direct dial: 207.351.1500
Fax number: 207.351.1501
Web: www.privacyassociation.org
information@privacyassociation.org

September 28, 2007

Dribjot Dua, CIPP
18402 Fable Drive
Boyds, MD 20841

**Re:    IAPP – Certification Exam Results**

Dear Dribjot Dua, CIPP:

I'm pleased to confirm that you passed the CIPP examination you took in Washington D.C. on 9/5/2007! Your final score of 77% is above the minimum required to pass and entitles you to the credential of Certified Information Privacy Professional (CIPP) effective 9/5/2007. A breakdown of your score by section is as follows:

**CIPP**

| | |
|---|---|
| Section I  (Privacy Law and Compliance): | 17/24 |
| Section II  (Workplace Privacy): | 17/24 |
| Section III  (Information Security): | 21/24 |
| Section IV  (Web Privacy and Security): | 18/24 |
| Section V  (Data Sharing and Transfer): | 19/24 |

Your certification will remain in effect for an initial term of three years -assuming that you keep your IAPP membership current each year as well as meet the 30 hours of continuing privacy education (10 CPEs per year) required under the program. After the initial three year term you will be required to keep your membership current and complete 10 CPEs a year in order for your certification to remain in effect.

Unless instructed otherwise by you, your name will appear on your certificate as you indicated on your test paperwork. All of your materials will be sent to the address listed above. If you would like to make any changes to the information, please contact me by e-mail at megan@privacyassociation.org.

Your certificate, lapel pin and CPE guidelines will be sent to you as soon as they have been completed. We plan to send these materials to you in early November. Please be patient as we have the certificates hand-lettered by a calligrapher. If you have any specific questions about CPE requirements before that time, please feel free to contact me directly

Congratulations on your success and welcome to the 2007 class of CIPPs!

Best Regards,

Megan Harvick
Membership Services Coordinator

The President and Directors of the

# International Association of Privacy Professionals

decree that in recognition of the successful completion of the requisite course of study in Information Privacy, we do confer upon

## Dribjot Dua

the designation of

## Certified Information Privacy Professional (CIPP)

With all rights, privileges and distinction thereunto appertaining.

In witness hereof we have caused this certificate to be signed by the duly authorized officers of the Association and so sealed this

5th day of September in the year 2007

Certificate number 7129

_President, CIPP_

_Executive Director, CIPP_



**iapp**

international association of privacy professionals

170 Cider Hill Road
York, Maine 03909
Toll free: 800.266.6501
Direct dial: 207.351.1500
Fax number: 207.351.1501
Web: www.privacyassociation.org
information@privacyassociation.org

**Executive Director**
J. Trevor Hughes, CIPP
Executive Director, IAPP

**Board of Directors**
**President**
Kirk M. Herath, CIPP/G
AVP, Chief Privacy Officer,
Associate General Counsel
Nationwide Insurance Companies

**Vice President (President Elect)**
Sandra R. (Sandy) Hughes, CIPP
Global Privacy Executive
The Procter & Gamble Company

**Secretary**
Jonathan D. Avila, CIPP
Vice President - Counsel,
Chief Privacy Officer
The Walt Disney Company

**Treasurer & Past President**
Chris Zoladz, CIPP
Vice President, Information
Protection & Privacy
Marriott International

John Berard, CIPP
Managing Director
Zeno Group

Malcolm Crompton, CIPP
Managing Director
Information Integrity Solutions P/L

Peter Cullen, CIPP
Chief Privacy Strategist
Microsoft Corporation

Peter Fleischer, CIPP
Global Privacy Counsel
Google

Dean Forbes, CIPP
Sr. Director, Global Privacy
Schering-Plough Corporation

D. Reed Freeman, Jr., CIPP
Partner
Kelley Drye & Warren

Kimberly Gray, CIPP
Chief Privacy Officer
Highmark Inc.

Jean-Paul Hepp, CIPP
Corporate Privacy Officer
Pfizer Inc.

David Hoffman, CIPP
Group Counsel and Director,
Privacy & Security Policy
Intel Corporation

Jane C. Horvath, CIPP/G
Chief Privacy and Civil Liberties Officer
U.S. Department of Justice

Barbara Lawler, CIPP
Chief Privacy Officer
Intuit

Kirk Nahra, CIPP
Partner
Wiley Rein LLP

Nuala O'Connor Kelly, CIPP/G
Chief Privacy Leader
General Electric Company

Harriet Pearson, CIPP
Chief Privacy Officer &
VP Corporate Affairs
IBM Corporation

Lauren Steinfeld, CIPP
Chief Privacy Officer
University of Pennsylvania

Zoe Strickland, CIPP/G
Vice President, Chief Privacy Officer
Wal-Mart Stores Inc.

Amy Yates, CIPP
Chief Privacy Officer
Hewitt Associates

November 29, 2007

RE:    International Association of Privacy Professionals (IAPP) -
Certification

Dear IAPP Member:

Enclosed are the following materials in recognition of your status as a
Certified Information Privacy Professional (CIPP), a Certified Information
Privacy Professional/Government (CIPP/G), or a Certified Information
Privacy Professional/Canada (CIPP/C):

- Your personalized certificate;
- A commemorative lapel pin;
- A copy of the IAPP requirements for continuing privacy education
  (CPE); and
- An official CPE credit authorization form.

Your certification is deemed active as of the date on the certificate.
Please feel free to identify yourself in business correspondence as well as
any electronic and written communications with the CIPP, CIPP/C, CIPP/G
designation you have earned. For questions concerning CPE requirements,
please contact Nicholas Lanzer at nicholas@privacyassociation.org

Welcome to our community of certified privacy professionals!  If you have
any questions regarding your certificate please feel free to contact me at
207-351-1500 x114.

Kind Regards,

Megan Harvick
Membership Services Coordinator



3701 Algonquin Road, Suite 1010
Rolling Meadows, Illinois 60008-3105, USA
Web Site: www.isaca.org

Telephone: +1.847.253.1545
Facsimile: +1.847.253.1443
E-mail: certification@isaca.org



4 February 2008

Dribjot Dua
18402 Fable Drive
Boyds MD 20841

Exam ID: 07413385

# Certified Information Security Manager® CISM®

Notice of Exam Results
TESTED 8 DECEMBER 2007 - with Form 208018 English Version

**Congratulations! You were successful in achieving a passing score on the CISM exam.**

> Your Total Scaled Score is 539

We are pleased to inform you that you successfully passed the DECEMBER 2007 CISM exam. You have now taken your first step toward becoming a Certified Information Security Manager. On behalf of ISACA, we offer our congratulations for your achievement, and we hope that you enjoy the many opportunities that await you.

### SCALED SCORES OF YOUR PERFORMANCE BY AREA

| AREA | SCALED SCORE |
| --- | --- |
| Information Security Governance | 391 |
| Information Risk Management | 586 |
| Information Security Program Development | 473 |
| Information Security Program Management | 657 |
| Incident Management and Response | 586 |

The scoring process for the CISM exam was changed effective with the June 2007 exam administration. Exam scores are now reported on a scale from 200-800, with the passing score set at 450. A scaled score is a conversion of a candidate's raw score on an exam to a common scale. A score of 450 represents a minimum consistent standard of knowledge as established by ISACA's CISM Certification Board.

Your next step is to carefully read the enclosed Application for CISM Certification, which can also be downloaded at www.isaca.org/cismapp. If you find that you meet the experience requirements, please complete and return the application to ISACA with the appropriate supporting documentation. Please note that your present or prior employer must verify the work experience you submit on the Verification of Work Experience form included with the application. We recommend that you collect and send all of your supporting documentation at the same time. If you have not yet obtained the required experience, you have five years from the date of the exam to submit your completed application and supporting documentation. **Until your application is received and approved, you are not CISM certified and cannot use the designation.**

Again, congratulations on your achievement. We look forward to you joining the ranks of current and new CISMs.

CISM Certification Board
ISACA: Serving IT Governance Professionals

Enclosure: Application for CISM Certification

# Defendant's Exhibit C

# LUCKNOW UNIVERSITY

Sl. No. 1337

Statement of Marks—B. Com. (Previous) Examination of 198 6

Name..... Drvlulegn di Siingl ....... s/o d/o...

Enrolment No....

Roll No.....

Dated.....

LUCKNOW

| Papers | Group (1) | | | Group (2) | | | Group (3)(a) | | | Group (3)(b) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Paper I Accounting | Paper II Business Organisation | Total | Paper I Economics | Paper II Banking and Currency Exchange | Total | Paper I Indian Industries and Resources | Paper II Transport | Total | Paper I Insurance | Paper II (i) Actuarial Mathematics | Paper II (ii) Indian Co-opera-tive Organisation and Finance | Total | Aggregate (Excluding General English) |
| Max. Marks | 100 | 100 | 200 | 100 | 100 | 200 | 100 | 100 | 200 | 100 | 100 | 100 | 200 | /600 |
| Min. Marks | 66 | 66 | 66 | 66 | 66 | | 66 | /216 |
| Marks Obtained | 25 | 71 | 96 | 57 | 80 | 137 | | | | 65 | 65 | | 110 | 382 |

General English

| | Paper I Short Essays | Paper II Essays and Composition | Total |
|---|---|---|---|
| | 75 | 75 | 150 |
| | | | 50 |
| Result | 46 | 65 | 91 |

Result of General English

Result: Pass

R E M A R K S

Note—The marks as entered in the University Marks Register shall be final in case of any discrepancy between the mark-sheet issued and the Marks Register in the University.

Prepared by:.....

Compared and Checked by:
1......
2......

for REGISTRAR
Lucknow University
[E. & O. E.]

# LUCKNOW UNIVERSITY



**Statement of Marks—B. Com. (Final) Examination of 1987**

Sl. No. 4893

Enrolment No. 8697

Roll No. ...........

LUCKNOW

Dated 9.9.1987

Name: Dulwat Singh

| Papers | Group I | | | Group II | | | Group III Advanced Accounting and Auditing | | | Group IV Advanced Banking | | | Group V Elements of Actuarial Science | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | I. Mercantile Law | II. Secretarial Practice and Company Law | Total | I. Statistical Methods | II. Public Finance | Total | I. Cost Accounts & Income Tax | II. Auditing | Total | I. Law and Practice of Banking | II. Banking in India & Abroad | Total | I. Integral Calculus and finite differences | II. Probability and Life Contingencies | Total |
| Max. Marks | 100 | 100 | 200 | 100 | 100 | 200 | 100 | 100 | 200 | 100 | 100 | 200 | 100 | 100 | 200 |
| Min. Marks | | | 66 | | | 66 | | | 66 | | | 66 | | | 66 |
| Marks Obtained | 67 | 65 | 132 | 69 | 58 | 187 | 54 | 71 | 125 | | | | | | |

| Papers | Group VI | | | Group VII | | | General English | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | I. Currency Credit and Exchange | II. Economics History of India | Total | I. Marketing Practice and Finance | II. Trade of India | Total | I. Short Essays | II. Essays and Composition | Total |
| Max. Marks | 100 | 100 | 200 | 100 | 100 | 200 | 75 | 75 | 150 |
| Min. Marks | | | 66 | | | 66 | | | 50 |
| Marks Obtained | | | | 56 | 70 | 126 | | | |

| | B. Com. (Final) (excluding General English) | Aggregate obtained in B. Com. (Previous) | Combined Aggregate of B. Com. Previous and Final for purpose of Division | Result (Division obtained) |
| --- | --- | --- | --- | --- |
| Aggregate | 800 | 600* | 1400 | IIIrd |
| | 288* | 216* | 504 | |
| | 510 | 28 | 031 | |

Remarks:

Result of General English

for REGISTRAR

Note.—The marks as entered in the University Marks Register shall be final in case of any discrepancy between the marks-sheet issued and the Marks Register in the University.    E. & O. E.

Prepared by: 1. ...........

Compared and Checked by: 1. ...........

केन्द्रीय माध्यमिक शिक्षा बोर्ड

# CENTRAL BOARD OF SECONDARY EDUCATION

क्रमांक
S.No. 85    **019073**    अंक विवरणिका MARKS STATEMENT

सीनियर स्कूल सर्टिफिकेट परीक्षा, १९८५

## ALL INDIA SENIOR SCHOOL CERTIFICATE EXAMINATION, 1985

नाम
Name    **DRIBJOT SINGH**

अनुक्रमांक
Roll No.    **222079**

| कोड CODE | विषय SUBJECT | | | अंकों में FIGURES | शब्दों में MARKS/GRADE OBTAINED WORDS | विद्यालय औसत School Mean | बोर्ड औसत Board Mean |
|---|---|---|---|---|---|---|---|
| 301 | ENGLISH-CORE | | | 58 | FIFTY EIGHT | 48.0 | 45.8 |
| 044 | BIOLOGY | TH 38 | PR 23 | 61 | SIXTY ONE | 67.2 | 68.8 |
| 043 | CHEMISTRY | TH 31 | PR 16 | 47 | FORTY SEVEN | 56.7 | 61.6 |
| 041 | MATHEMATICS | | | 44 | FORTY FOUR | 57.3 | 62.1 |
| 042 | PHYSICS | TH 23 | PR 17 | 40 | FORTY | 53.2 | 62.6 |
| 500 | SOC USE PROD WORK | | | C | | | |

परीक्षा Result   **PASS**

दिनांक DATED **16-05-1985**

नियंत्रक परीक्षा
Controller of Examinations
केन्द्रीय माध्यमिक शिक्षा बोर्ड
Central Board of Secondary Education
नई दिल्ली NEW DELHI

संक्षिप्तियों का अर्थ Abbreviations:

AB  विषय में अनुपस्थित   FP  प्रायोगिक में असफल  } केवल उन्हीं विषयों के लिये
F   विषय में असफल        FT  सैद्धांतिक में असफल  } संबंधित परीक्षा है।

AB  Absent in the subject  FP  Fail in Practical   } Only for subjects involving
F   Fail                   FT  Fail in Theory      } Pract. work

प्रम संख्या 0016607
SERIAL NO. AISSC/85/

केन्द्रीय माध्यमिक शिक्षा बोर्ड
**Central Board of Secondary Education**

अखिल भारतीय सीनियर स्कूल सर्टिफिकेट परीक्षा १९८५
ALL INDIA SENIOR SCHOOL CERTIFICATE EXAMINATION, 1985

यह प्रमाणित किया जाता है कि
This is to certify that: DRIBJOT SINGH
आत्मज/आत्मजा श्री
Roll No. 222079 Son/Daughter of Shri K. J. S. DUA

ने बोर्ड द्वारा मार्च १९८५ में आयोजित अखिल भारतीय सीनियर स्कूल सर्टिफिकेट परीक्षा
passed the All India Senior School Certificate Examination of the Board
विद्यालय से H A L SCHOOL LUCKNOW U. P.
held in March, 1985, from
निम्न विषयों में उत्तीर्ण की :—
in the following subjects :—

ENGLISH-CORE                BIOLOGY            CHEMISTRY

MATHEMATICS                 PHYSICS            SOC USE PROD WORK

मुई दिल्ली
New Delhi
दिनांक 15-7-1985
Dated

परीक्षा नियंत्रक
Controller of Examinations
केन्द्रीय माध्यमिक शिक्षा बोर्ड
Central Board of Secondary Education

# COUNCIL FOR THE INDIAN SCHOOL CERTIFICATE EXAMINATIONS, NEW DELHI

11965



10259

## PASS CERTIFICATE

Certified that **DRIEJOT SINGH**

Index number **T/465/139**

of **ST FRANCIS COLLEGE, LUCKNOW**

was awarded an

### *INDIAN CERTIFICATE OF SECONDARY EDUCATION*

The candidate reached at least grade 7 in **SIX** subjects of the External Examination and at least grade D of the subject of Internal Assessment as given below :

| SUBJECTS | Grade |
|---|---|
| **External Examination** | |
| ENGLISH | 5 FIVE |
| HINDI | 4 FOUR |
| HISTORY CIVICS & GEOGRAPHY | 4 FOUR |
| MATHEMATICS ALT B MODERN | 6 SIX |
| SCIENCE ALT B | 6 SIX |
| COMMERCE | 5 FIVE |
| **Internal Assessment** | |
| SUPW & COMMUNITY SERVICE | C |

EXAMINATION OF MARCH 1983

Date of birth as certified by the Principal
of the School at the time of entry **19.09.1967**

No divisions are awarded

Secretary,
Council for the Indian
School Certificate Examinations

(See Overleaf)

Chairman,
Council for the Indian
School Certificate Examinations

BUSINESS FORMS LTD.

# लखनऊ विश्वविद्यालय



श्री: द्विजजीत सिंह ने

इस विश्वविद्यालय के वाणिज्य संकाय में बैचलर ऑव कामर्स की उपाधि हेतु निर्धारित पाठ्यक्रम का अध्ययन किया और वे निम्नलिखित विषयों की अपेक्षित परीक्षा में सन् १९८७ में द्वितीय श्रेणी में उत्तीर्ण हुए/हुई ।

1—(क) अकाउन्टिंग (ख) बिजनेस ऑर्गेनाइजेशन, 2—(क) इकॉनामिक्स (ख) करेन्सी, बैंकिंग ऐन्ड एक्सचेन्ज, 3 अ—(क) इन्डियन इन्डस्ट्रीज ऐन्ड रिसोर्स (ख) ट्रान्सपोर्ट अथवा ब—(क) इन्श्योरेन्स (ख) इन्श्योरेन्स मैथेमेटिक्स अथवा इन्डियन कोआपरेटिव ऑर्गेनाइजेशन ऐन्ड फाइनेन्स, 4—(क) मर्केन्टाइल लॉ (ख) इन्डस्ट्रियल प्रिविट ऐन्ड कम्पनी लॉ, 5—(क) स्टैटिस्टिक्स मेथड (ख) पब्लिक फाइनेन्स, 6—ऐडवांस अकाउन्टिंग ऐन्ड ऑडिटिंग 7—रेल्वे ऑपरेशन, 8—एलीमेन्ट्स ऑव इन्श्योरेन्स सक्सेस, 9—(क) कार्डिय प्रिंटिंग ऐन्ड फाइनेन्स (ख) ट्रेड ऑव इन्डिया ।

श्री: प्रमाणित किया जाता है कि इस विश्वविद्यालय द्वारा इन्हें बैचलर ऑव कामर्स की उपाधि प्रदान की गई ।

कुलपति

लखनऊ

दिनांक १५ जुलाई १९८९



# LUCKNOW UNIVERSITY

### Provisional Certificate

This is a Provisional Certificate awarded to Dribjot Dua, on January 12, 1995 to confirm that he has successfully completed and passed M.Comm (Master of Commerce) from this unversity in August 1994.

This Provisional Ceritifcate will act as proof of successful completion of the above mentioned course, till such time an official degree is awarded.

For Registrar
Lucknow University

January 12, 1995

The Earth is but One Country and Mankind Its' Citizens-Baha'u'llah



# WORLD PEACE CONFERENCE

In Observance of the "World Peace Year" declared by the United Nations.

(Organised by the National Spiritual Assembly of the Baha'is of India, Baha'i House, 6, Canning Road, New Delhi.    Phones : 889-326 & 387-004).

(Venue—Vigyan Bhawan, New Delhi—19th January, 1986)

Conference Office :
12, Station Road,
LUCKNOW.

Phones: 35483 & 49738

Dated...2.9....1...86

**Chairman**
**Reception Committee :**
Justice M.H. Beg
Chairman
Minorities Commission of India &
Ex. Chief Justice of India.

**General Secretary :**
Jagdish Gandhi

**Members Reception Committee :**
Justice R.S. Narula
Mr. Bhagwat Jha Azad, *M.P.*
Mr. Bhishma Dev Dubey, *M.P.*
Smt. Roda Mistry, *M.P.*
Smt. R.R. Mavani, *M.P.*
Mr. Dal Chand Jain, *M.P.*
Mr. P. Upendra, *M.P.*
Mr. I.M. Aga
*Advisor Production*
Mr. M.L. Jain
*Chairman Arbitration Bd.*
Mr. J.C. Jetli
*Additional Secretary*
Mr. R.C. Awasthi
*District Judge*
Prof. M.L. Mathur
*V.C. Jodhpur University*
Prof. K.G. Mukerji
*Delhi University*
Prof. B.P. Srivastava
*Delhi University*
Prof. P.C. Mathur
*Delhi University*
Dr. K.P. Karunakaran
*Delhi University*
Dr. R.N. Sharma
*Delhi University*
Mr. Navin Suri
*Editor, Daily Milap*
Mr. Rajendra Awasthi
*Editor, Kadambini*
Mr. Sarv Shreshth
*Editor 'Ek Nazar'*
Mr. K.S. Gupta
*Editor, N.N.S.*
Mr. Shankar Lal Kasar
*Editor, 'Balaghat Times'*
Mr. R.P. Srivastava
*Editor, Anterlok*
Mr. Bhagwat Saran
*Resident Editor, Daily Jagran*
Mr. M.N. Cheluvachar
*Editor, Radiant*
Mr. Rawalmal Jain "Mani"
*Chief Editor, Chhattisgarh Daily*
Mr. Mahesh Prasad Agarwal
*Chief Editor, Dainik Bhaskar*
Mr. D.P. Kamat
*Special Correspondent*
Mr. Vivek Saxena
*Staff Writer Sarita*
Mr. V.R. Ambalvi
*Chairman, 'Ek Nazar'*
Mr. M.K. Swaninatri
*Journalist*
Mr. Gurmukh Singh Jeet
*Journalist*
Mr. M.M. Luther
Mr. Ruddar Dutt
*Principal, School of Correspondence*
Miss. S. Malik
*Principal, Vidya Bhavan*
Dr. Madan Sarup Gupta
Dr. Harcharan Singh Sobti
Prof. Chaman Nahal
Dr. Emani Shankara Sastry
Dr. Rajiv Mehrotra

Dear Friend :

   Thank you for submitting an essay on the theme of World Peace. In appreciation of your efforts for a befitting cause to the world of humanity we present the enclose certificate.

   You are moreover welcome to the Baha'i Centre :

16/29 A Baraf Khana
Civil Lines
Kanpur

and learn more of the Baha'i Faith.

   With warm regards,

Yours sincerely

( A.K. MERCHANT )
CHAIRMAN

NATIONAL SPIRITUAL ASSEMBLY OF THE BAHA'IS OF INDIA

BAHA'I HOUSE, 6 CANNING ROAD, NEW DELHI. PHONES : 389-326 & 387-004



# WORLD PEACE ESSAY COMPETITION

Certificate of appreciation is awarded to

_Shri Driljit Singh_

_30 Brahmana Nagar, opp Sitapur Road Crossing,_

_Lucknow(?)  226007_

in recognition of participation in the 'Essay Competition on World Peace' organised by the National Spiritual Assembly of the Baha'is of India, on the occasion of WORLD PEACE CONFERENCE (19th January 1986, Vigyan Bhawan New Delhi) dedicated to the International Year of Peace 1986 declared by the United Nations.

K. V. KHEMANI
_Chairman_

R. N. SHAH
_Secretary_

Phone : 49738 & 35483

# National Baha'i Proclamation Committee

### OF THE

(National Spiritual Assembly of The Baha'is of India, Head Quarters-Baha'i House, 6, Canning Road, New Delhi.)

OFFICE :
12, STATION ROAD
LUCKNOW.

14-7-87

Mr. Dribjot  Singh

30 Brahma Nagar

(Opp)Sitapur Road

Railway Crossing LUCKNOW


Dear Dribjot


    Your essay on World  Peace Conference was an invaluable effort in the crusade for World Peace. Your thoughts  and  ideas on World Peace and Unity of  mankind clearly show that you are well aware and fully conscious of  the  need for a united world. This can be done if  we shed our petty differences of caste, creed, colour, race, religion and nationality and work unitedly  towards  the common good of humanity. Since God has never changed His religion  also never changes. All the menifestations  and prophets  have come from one God and have prayed one God. Whether we pray in a temple or a mosque, or a church or a Gurudwara or any other place of worship, our prayers  are received by one God.

    It is heartening  to  see that the  youth of  our country are actively supporting the cause of World Peace. I congratulate you for your essay, an excerpt of which is published in this magazine and with great happiness, I am sending you a copy of the magazine.

    I  will  be  happy to have  your  comments  on  this magazine.

Yours sincerely,

(JAGDISH GANDHI )
SECRETARY

# HAILEYS FESTIVAL '87

## ORGANISERS : HAILEYS LUCKNOW UNIVERSITY

## CERTIFICATE OF PARTICIPATION

This is to certify that Mr/Miss _Dribjot Singh_

_____ of _MEHFIL_____

Group/College participated in _Debate & Quiz_

competition. His/Her performance was comm-

endable.

Coordinator                Director                Chairman

# ROTARACT CLUB LUCKNOW MID TOWN

## DISTT. 312

Certificate awarded to Mr./Miss _Dribjot Singh_

of _I P M Lucknow_ for his/her

participation in "Brain - O - Mania" Competition organised

by Rotaract Club Mid Town on _21st Nov '88_

at _Hotel Clarks Awadh._

(RANIL NAIR)
Secretary
Mid Town

(ALPANA GUPTA)
President
Mid Town

(PRAVEEN GUPTA KHANDRA)
Chairman
Rotaract Committee



# competition
## SUCCESS review

### CERTIFICATE OF MERIT

This is to certify that Mr./Col/Capt./Maj. __DR.B. JIT SINGH DUA__

of __LUCKNOW__ who participated in Competition Success Review

Puzzle Contests Nos. 16, 17, & 18 has won __CONSOLIDATION__ prize

for his/her very superior intelligence.

Dated __JULY 12, 1982__

Editor

604 PRABHAT KIRAN, RAJENDRA PLACE, NEW DELHI - 110008



competition
**success** review

CERTIFICATE OF MERIT

This is to certify that Mr./Miss/Mrs. DR.B.JOT SINGH DUA

of LUCKNOW ...... who participated in Competition Success Review

Grade Contests No. 16, 17 & 18 has won CONSOLATION prize

for his/her very superior intelligence. (80%).

Dated MAY 14, 1982.

604 PRABHAT KIRAN, RAJENDRA PLACE, NEW DELHI - 110008

WORLD EDUCATION SERVICES, INC.



# CREDENTIAL EVALUATION REPORT

**Name:** DUA, Dribjot
**Date of Birth:** September 19, 1967
**Social Security #:** 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

**Date :** February 14, 2005
**Ref #:** 2024714/la
**Page:** 1 of 5

### U.S. EQUIVALENCY SUMMARY

High school diploma and bachelor's degree in business administration from a regionally accredited institution

### CREDENTIAL ANALYSIS

1.
| | |
|---|---|
| **Country:** | India |
| **Credential:** | All India Senior School Certificate |
| **Year:** | 1985 |
| **Awarded by:** | Central Board of Secondary Education |
| **Admission requirements:** | All India Secondary School Certificate |
| **Length of program:** | Two years |
| **Major/Specialization:** | Science Stream |
| **U.S. Equivalency:** | High school diploma |



An explanation of the terms under which WES provides this evaluation appears on the reverse. The report is printed on watermarked paper. It is valid only when the official WES stamp is affixed on each page.

WORLD EDUCATION SERVICES, INC.



# CREDENTIAL EVALUATION REPORT

| | |
|---|---|
| **Name:** DUA, Dribjot | **Date :** February 14, 2005 |
| **Date of Birth:** September 19, 1967 | **Ref #:** 2024714/la |
| **Social Security #:** 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 | **Page:** 2 of 5 |

2.
| | |
|---|---|
| Country: | India |
| Credential: | Bachelor of Commerce |
| Year: | 1987 |
| Awarded by: | Lucknow University |
| Admission requirements: | High school graduation |
| Length of program: | Two years |
| Major/Specialization: | Business Administration |
| | |
| U.S. Equivalency: | Two years of undergraduate study |

3.
| | |
|---|---|
| Country: | India |
| Credential: | Post-Graduate Diploma |
| Year: | 1990 |
| Awarded by: | Institute of Productivity and Management |
| Admission requirements: | Bachelor's degree |
| Length of program: | Two years |
| Major/Specialization: | Business Administration |
| | |
| U.S. Equivalency: | Bachelor's degree |
| | |
| Remarks: | The equivalency for this credential is stated in conjunction with study previously completed (see #2, above). |



Founded 1974

An explanation of the terms under which WES provides this evaluation appears on the reverse. The report is printed on watermarked paper. It is valid only when the official WES stamp is affixed on each page.

WORLD EDUCATION SERVICES, INC.



# CREDENTIAL EVALUATION REPORT

**Name:** DUA, Dribjot
**Date of Birth:** September 19, 1967
**Social Security #:** 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

**Date:** February 14, 2005
**Ref #:** 2024714/la
**Page:** 3 of 5

4.     **Country:**     India
       **Credential:**     Master of Commerce
       **Year:**     1994
       **Awarded by:**     Lucknow University
       **Admission requirements:**     Bachelor's degree
       **Length of program:**     Two years
       **Major/Specialization:**     Business Administration

       **U.S. Equivalency:**     Bachelor's degree

       **Remarks:**     The equivalency for this credential is stated in conjunction with study previously completed (see #2, above).



An explanation of the terms under which WES provides this evaluation appears on the reverse. The report is printed on watermarked paper. It is valid only when the official WES stamp is affixed on each page.

WORLD EDUCATION SERVICES, INC.



# COURSE-BY-COURSE ANALYSIS

**Name:** DUA, Dribjot
**Date of Birth:** September 19, 1967
**Social Security #:** 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

**Date :** February 14, 2005
**Ref #:** 2024714/la
**Page:** 4 of 5

| INSTITUTIONS - DATES - SUBJECTS | U.S. Semester Credits | U.S. Grades |
|---|---|---|
| **Lucknow University** | | |
| **1985-1986** | | |
| (L) Accounting | 4.5 | C+ |
| (U) Business Organization | 4.5 | C+ |
| (L) Economics | 4.5 | B+ |
| (L) Currency, Banking and Exchange | 4.5 | B+ |
| (L) Insurance | 4.5 | A |
| (L) Actuarial Mathematics | 4.5 | C+ |
| **1986-1987** | | |
| (U) Mercantile Law | 4.5 | A |
| (L) Secretarial Practice and Company Law | 4.5 | A |
| (L) Statistical Methods | 4.5 | A |
| (U) Public Finance | 4.5 | B+ |
| (U) Cost Accounts and Income Tax | 4.5 | B |
| (U) Auditing | 4.5 | A |
| (L) Marketing Practice and Finance | 4.5 | B+ |
| (U) Indian Trade | 4.5 | A |
| **Institute of Productivity and Management** | | |
| **1988-1989** | | |
| (U) Management Practice | 4.0 | C |
| (U) Organizational Behavior and Human Factor | 4.0 | B |
| (U) Production Management | 4.0 | C+ |
| (L) Business Mathematics and Statistics | 4.0 | B+ |
| (U) Personnel Management and Industrial Relations | 4.0 | C+ |
| (U) Marketing Management | 4.0 | B |
| (U) Management Accounting | 4.0 | B |
| (U) Financial Management | 4.0 | B |
| **1989-1990** | | |
| (U) Computer Fundamentals | 4.0 | B |
| (U) Computer Networking | 4.0 | B+ |
| (U) Computer Design | 4.0 | A |
| (U) System Administration | 4.0 | B |
| (U) Basic Programming | 4.0 | B+ |
| (Continued on next page) | | |

Education Services, Inc.

Founded 1974

An explanation of the terms under which WES provides this evaluation appears on the reverse. The report is printed on watermarked paper. It is valid only when the official WES stamp is affixed on each page.

WORLD EDUCATION SERVICES, INC.



# COURSE-BY-COURSE ANALYSIS

**Name:** DUA, Dribjot
**Date of Birth:** September 19, 1967
**Social Security #:** 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

**Date:** February 14, 2005
**Ref #:** 2024714/la
**Page:** 5 of 5

| INSTITUTIONS - DATES - SUBJECTS | U.S. Semester Credits | U.S. Grades |
|---|---|---|
| (U) Information Management | 4.0 | A |
| (U) Advanced Programming | 4.0 | B |
| (U) Software Design and Management | 4.0 | A |
| | | |
| **Lucknow University** | | |
| **1992-1993** | | |
| (U) Finance | 6.0 | A |
| (U) Trade | 6.0 | B |
| and Law | | |
| (U) Information Systems | 6.0 | A |
| (L) Computer Applications | 6.0 | A |
| and Implementation | | |
| (U) Business Law | 6.0 | A |
| and Practice | | |
| **1993-1994** | | |
| (U) International Trade | 6.0 | A |
| (U) Financial Administration | 6.0 | B+ |
| (U) Information Systems | 6.0 | A |
| and Marketing | | |
| (L) Computer Applications | 6.0 | A |
| and Programming | | |
| (U) Trade Law | 6.0 | B+ |
| and Practice | | |

## SUMMARY

**Level of Study:** Undergraduate    **US Semester Credits:** 187.0    **GPA:** 3.41



An explanation of the terms under which WES provides this evaluation appears on the reverse. The report is printed on watermarked paper. It is valid only when the official WES stamp is affixed on each page.

# University of Maryland University College

In recognition of the successful completion of the requisite course of study and on nomination of the Faculty of the

## Graduate School

by virtue of authority granted by charter of the State of Maryland to the Board of Regents of the University System of Maryland hereby confers upon

### Prithvi Das

the degree of

## Master of Science

with all the honors, rights, and privileges thereunto appertaining.

In witness whereof this Diploma, signed by the authorized officers of the University and sealed with the corporate seal of the University is granted.

Given at Adelphi, Maryland on the thirtieth day of May in the year two thousand and seven.

Daniel S. Frank
Vice Provost and Dean
Graduate School of Management and Technology

Susan C. Aldridge
President

Alfred M. Kindall
Chair, Board of Regents

WE Kirwan
Chancellor



# Defendant's Exhibit D

0000079

*2007 Certificate of Appreciation*

Children's National Medical Center recognizes

**Mr. Dribjot Singh Dua**

of

**Boyds, Maryland**

for reaching out and helping save children's lives, for giving families renewed hope and new reasons to celebrate life, and for contributing significantly to the welfare of others.



Children's
National Medical Center.

*March 12, 2007*

Date

Edwin K. Zechman Jr.

Edwin K. Zechman, Jr.
President and CEO

*Thanks to you, together … we're saving children's lives!*

# Defendant's Exhibit E

# Certificate of Appreciation

Is awarded to

## Parmeet Dua

For participating in the

## Peer Tutor Program

Fields Road Elementary School
the Thirteenth Day of June, 2005

*Mrs. Sanders-Gunaratnam*
Counselor



Certificate of Award

Parneet Dua

of

Fields Road Elementary School

has been awarded this certificate for

Participation in Instrumental Music

June 15, 2005

Linda J. Giussères, Director

Kathryn Schiavone Rupp, Principal

*President's Education Awards Program*



*presented to*

**PARMEET DUA**

*in recognition of*

*Outstanding Academic Achievement*

*2006*

*U.S. Secretary of Education*

*President of the United States*

RONALD MCNAIR ELEMENTARY

*School*

*Principal*

Kingsview
Middle School
hereby recognizes

Parmeet S. Dua

for achieving the
**Honor Roll**
for the third marking
period during the
2006 - 2007 school year.





Dennis Queen, Principal
April, 2007

# Honor Roll

This certifies that

## Parmeet S. Dua



### KINGSVIEW
#### MIDDLE SCHOOL

has earned honor roll status for the first marking period during the 2007-2008 school year.

**November 19, 2007**

_____
Date

Mr. Dennis Queen, Principal