**HONORABLE JAMES ROBERTSON, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 0 2008

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>07-CR-160</u> |
| | : | |
| vs. | : | |
| | : | |
| **DUA, Dribjot S.** | : | Disclosure Date: <u>December 26, 2007</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

<u>**For the Government**</u>

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                              _____
**Prosecuting Attorney**                                                                                                Date

<u>**For the Defendant**</u>

(CHECK APPROPRIATE BOX)
    (X)    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 3/20/08          _____ 3/20/08
Defendant                              Date                                Defense Counsel                      Date

<u>**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>**January 9, 2008**</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
        United States Probation Officer

# NIXON PEABODY

401 9th Street N.W.
Suite 900
Washington, DC 20004-2128
(202) 585-8000
Fax: (202) 585-8080

Anjali Chaturvedi
Direct Dial:  (202) 585-8270
Direct Fax:  (866) 908-4479
E-Mail:  achaturvedi@nixonpeabody.com

January 9, 2008

Mr. Michael Penders
United States Probation Officer
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

    RE:    U.S. v. Dribjot S. Dua, 07-CR-160

Dear Mr. Penders:

    I write to acknowledge receipt of the presentence investigation (PSI) report.  Please note the following objections made to certain portions of the report as set forth below:[1]

1. Page 3, Para 4, Line 2: "forfeited by the defendant is $99,726."  Please add that this forfeited amount includes the amount forfeited under Paragraph 13a-e of the plea agreement $57,885.76) and Paragraphs 14a ($9,629.83) and 14b ($32,210.41) of the plea agreement.
2. Page 7, Para 36:  It should be noted that two of the flat screen TVs came with the house when it was purchased.
3. Page 8, Para 39:  Mr. Dua states that the long stay in the hospital in India was in fact due to the severity of his condition.
4. Page 8, Para 41:  Mr. Dua notes that he also suffers from severe lower backache at times and also left knee pains in case of prolonged standing as was noted during his interview.
5. Page 9, Para 46:  Please note the following additional specialized trainings and certifications: (1) Certified Information Systems Auditor from Information Systems Audit & Control Association in USA in 2007;  (2) Certified Information Privacy Professional form International Association of Privacy Professionals in USA in 2007 (3) Chief Information Officer Certification (Private & Public Sector) from CIO University in USA in 2006; and (4) Project Management Professional from Project management Institute in USA in 2006.

---

[1] All references are made to page, paragraph, and line (as needed) of the December 26, 2007 report.

Mr. Michael Penders
January 9, 2008
Page 2

6. Page 9, Para 48: While Mr. Dua's position title is the same at Gifts in Kind as he had at AHIP, he is not responsible for any purchasing.
7. Page 10, Para 51: This paragraph is inaccurate. Mr. Dua came to the United States in 1996 in order to receive treatment for his heart condition under a B2 visa. While in the United States, he was sponsored by National Computer Warehouse for his H1 Visa.
8. Page 10, Para 52: strike "accommodations" and insert "commendations."
9. Page 11, Para 56: The life insurance policy has no surrender value.
10. Page 12, Para 58: Please note that the 19033 Steeple Place home in Germantown, MD was purchased by Mrs. Dua solely using funds borrowed from two friends.[2]
11. Page 15, Para 79: We request that you indicate that the offense to which Mr. Dua pled guilty is a removable offense pursuant to INA §101(a)(43)(M)(i) (crimes of fraud in excess of $10,000) as the offense is an "aggravated felony."
12. Page 16, Para 82: We would request that you include that the Court also consider Mr. Dua's history and characteristics.

Anjali Chaturvedi

cc:  AUSA Michael Liebman

---

[2] We can provide checks of the loans received from Mrs. Dua's friends to pay for the down payment of the home.

10861348 1