JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Dribjot Dua                    Docket No.: 07-CR-00160-001

**FILED**

MAY - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Dribjot Dua**  having been sentenced, on March 20, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  CI Moshannon Valley , in  Philipsburg, PA  by 2 p.m., on May 20, 2008                     .

5/8/08
Date

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                        DEFENDANT

Revised 6-2004

